**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Tanner Companies, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **56-1831194** |

| | |
|---|---|
| 4. | **Debtor's address** |

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **581 Rock Road** <br> **Rutherfordton, NC 28139** <br> Number, Street, City, State & ZIP Code | **PO Box 1139** <br> **Rutherfordton, NC 28139** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Rutherford** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.doncaster.com/** |

| | |
|---|---|
| 6. | **Type of debtor** |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Tanner Companies, LLC**
          _____        Case number (*if known*) _____
          Name

**7.   Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
__4543__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

Debtor    **Tanner Companies, LLC**                                    Case number (*if known*)_____
          Name

---

**11.  Why is the case filed in**      *Check all that apply:*
      *this district?*

      ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
          preceding the date of this petition or for a longer part of such 180 days than in any other district.

      ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or**        ■ No
      **have possession of any**       ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**
                                       **Why does the property need immediate attention?** (*Check all that apply.*)

                                       ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                           What is the hazard?_____

                                       ☐ It needs to be physically secured or protected from the weather.

                                       ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                       ☐ Other_____

                                       **Where is the property?**
                                                                   _____
                                                                   Number, Street, City, State & ZIP Code

                                       **Is the property insured?**

                                       ☐ No

                                       ☐ Yes.   Insurance agency_____

                                                Contact name_____

                                                Phone_____

---

■  **Statistical and administrative information**

**13.  Debtor's estimation of**    .    *Check one:*
      **available funds**
                                    ■ Funds will be available for distribution to unsecured creditors.

                                    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of**       ☐ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
      **creditors**                ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                   ■ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                   ☐ 200-999

---

**15.  Estimated Assets**          ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

**16.  Estimated liabilities**     ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
                                   ☐ $50,001 - $100,000        ■ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
                                   ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
                                   ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

---

| Debtor | **Tanner Companies, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **January 27, 2017**
MM / DD / YYYY

X **/s/ Elaine T. Rudisill**                              **Elaine T. Rudisill**
Signature of authorized representative of debtor          Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Joseph W. Grier, III**                           Date  **January 27, 2017**
Signature of attorney for debtor                          MM / DD / YYYY

**Joseph W. Grier, III**
Printed name

**Grier Furr & Crisp, PA**
Firm name

**101 N. Tryon St., Suite 1240**
**Charlotte, NC 28246**
Number, Street, City, State & ZIP Code

Contact phone  **704 375-3720**      Email address  **jgrier@grierlaw.com**

**7764**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Tanner Companies, LLC** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | **January 27, 2017** | *X* **/s/ Elaine T. Rudisill** |
| | | Signature of individual signing on behalf of debtor |
| | | **Elaine T. Rudisill** |
| | | Printed name |
| | | **Chief Restructuring Officer** |
| | | Position or relationship to debtor |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Tanner Companies, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NORTH CAROLINA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ADV PRODUCTIONS LLC**<br>**2140 E 5TH ST STE 5**<br>**TEMPE, AZ 85281-3043** | | **CONSULT** | | | | **$34,348.22** |
| **AT&T-CAROL STREAM, IL**<br>**PO BOX 5019**<br>**CAROL STREAM, IL 60197-5019** | | **SETTLEMENT** | | | | **$25,000.00** |
| **Avalara**<br>**16781 Dept OH**<br>**Palatine, IL 60055-0001** | | **Avalara handles payment to over 700 state & local municipalities for which Debtor owes sales and or use taxes on a monthly basis.  As of the petition** | | | | **$83,227.96** |
| **GEORGE BARROW BROWN III**<br>**519 ARBOR RD**<br>**WINSTON SALEM, NC 27104-2329** | | **DIRECTORS FEES** | | | | **$35,000.00** |
| **CSHV HCG Retail, LLC**<br>**12912 Hill Country Blvd**<br>**Space F130**<br>**Austin, TX 78738** | | **SETTLEMENT** | | | | **$295,301.00** |
| **DESIGN ONE, INC**<br>**53 ASHELAND AVE STE 103**<br>**ASHEVILLE, NC 28801-3201** | | **SERV** | | | | **$10,152.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Tanner Companies, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DIRECTIONS TALENT AGENCY, INC 3922 W MARKET ST GREENSBORO, NC 27407-1304** | | **MKTG** | | | | **$13,909.00** |
| **INK4, INC PO BOX 170685 SPARTANBURG, SC 29301-0031** | | **CONSULT** | | | | **$10,023.55** |
| **CLAUDI INNOCENTI VICOLA DEL PANCIO 2, 50123 FIRENZE, ITALY** | | **EMPLOYEE NOTE** | | | | **$44,500.00** |
| **WILLIAM A JOYNER 428 Cut Away Road Lake Lure, NC 28746** | | **SUBDEBT; subordinated to payment of Salem $2,400,000 note per Salem Third Amendment To Credit Documents, dated 9/15/14** | | | | **$918,992.00** |
| **LAURA KENDALL 18900 Riverwind Ln Davidson, NC 28036-7849** | | **DEFERRED COMP** | | | | **$104,574.00** |
| **Po-Kan Kwai 16/F Kaiseng Commercial Centre 4-6 Hankow Road Tsimshatsui, Hong Kong** | | **SUBDEBT; subordinated to Salem debt** | | | | **$520,381.00** |
| **NewBridge Bank 1501 Highwoods Blvd, Ste 400 Greensboro, NC 27410** | | **Letter of credit** | **Contingent** | | | **$200,000.00** |
| **PREVIEW TEXTILE GROUP 225 W 37TH ST FL 11 NEW YORK, NY 10018-5703** | | **FABRIC** | | | | **$84,935.70** |
| **RAYBURN COOPER & DURHAM P.A. 227 W TRADE ST STE 1200 CHARLOTTE, NC 28202-1672** | | **CONSULT** | | | | **$9,684.32** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Tanner Companies, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| RUTHERFORD COUNTY TAX COLLECTO PO BOX 143 RUTHERFORDTON, NC 28139-0001 | | TAX | | | | $18,047.68 |
| CATHERINE SCHEPIS 405 E 54TH STREET, APT 15E NEW YORK, NY 10022 | | SEVERENCE & SUB DEBT; debt subordinated to Salem debt | | | | $911,232.61 |
| STARPORT 1, LLC 601 S COLLEGE ST CHARLOTTE, NC 28202-1829 | | NPO | | | | $96,488.73 |
| UNITED PARCEL SERVICE PHILADEL PO BOX 7247-0244 PHILADELPHIA, PA 19170-0001 | | FRT | | | | $102,553.37 |
| VINCENZO CAFIERO CAFIERO & PARTNERS, TAX CONSULTANTS VIA GIOSU CARDUCCI, 4  00187 ROME, ITALY | | SERVICES | | | | $18,018.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Tanner Companies, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $ **854,600.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $ **3,453,886.77**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $ **4,308,486.77**

| Part 2: | **Summary of Liabilities** |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **9,733,568.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ **103,987.97**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **8,284,068.53**

4. Total liabilities .........................................................................................
   Lines 2 + 3a + 3b       $ **18,121,624.50**

**Fill in this information to identify the case:**

Debtor name   **Tanner Companies, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Concentration Account** | **9000** | **$42,349.00** |
| 3.2. | **BB&T** | **Merchant Services Account** | | **$0.00** |
| 3.3. | **Wells Fargo** | **Retail Merchant** | **6908** | **$0.00** |
| 3.4. | **Wells Fargo** | **Payroll** | **6916** | **$0.00** |
| 3.5. | **Wells Fargo** | **Checks Disbursements** | **6924** | **$0.00** |
| 3.6. | **Wells Fargo** | **ACH Direct Deposit** | **6932** | **$0.00** |
| 3.7. | **Rabun County Bank (Clayton, GA)** | **Checking account** | **0093** | **$1,356.10** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Tanner Companies, LLC** | | Case number *(If known)* | |
| | Name | | | |

| 3.8. | **Fifth Third Bank** | **Checking account** | 4916 | $632.73 |

| 3.9. | **Branch Banking & Trust** | **Checking account** | 5741 | $2,148.94 |

**4.**     **Other cash equivalents** *(Identify all)*

**5.**     **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

> $46,486.77

| Part 2: | **Deposits and Prepayments** |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**     **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

| 7.1. | **Security deposit - Collett Management, LLC (Banner Elk retail store)** | $1,400.00 |

| 7.2. | **Deposit held by BB&T for credit card clearing** | $500,000.00 |

**8.**     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

**9.**     **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

> $501,400.00

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**     **Accounts receivable**

      11a. 90 days old or less:    236,521.00   -   55,521.00   = ....   $181,000.00
                  face amount           doubtful or uncollectible accounts

**12.**     **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

> $181,000.00

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor   **Tanner Companies, LLC**                                    Case number *(If known)* _____
Name

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership

| | Name of entity | % of ownership | | Current value |
|---|---|---|---|---|
| 15.1. | **Interest in Tanner International, LLC, a North Carolina limited liability company** | **100** | % | **Unknown** |
| 15.2. | **Interest in Tanner Retail, LLC, a North Carolina limited liability company** | **100** | % | **Unknown** |
| 15.3. | **Interest in Tanner Holdings, LLC, a North Carolina limited liability company** | **100** | % | **Unknown** |
| 15.4. | **Interest in Tanner Designs, LLC, a North Carolina limited liability company** | **100** | % | **Unknown** |
| 15.5. | **Interest in Tanner Ventures, LLC, a North Carolina limited liability company** | **100** | % | **Unknown** |
| 15.6. | **Interest in Claridge Resources Limited** | **100** | % | **Unknown** |
| 15.7. | **Interest in Tanner Companies Italia S.r.l.** | **100** | % | **Unknown** |
| 15.8. | **Interest in Ningbo Tanner Garment Co., Ltd.** | **100** | % | **Unknown** |
| 15.9. | **Interest in Ningbo Tanner Garment Co. PL.** | **100** | % | **Unknown** |

16.   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.   **Total of Part 4.**                                          | **$0.00** |
Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Tanner Companies, LLC** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** Raw materials; current value is estimate of liquidation value | 12/31/15 | $696,086.00 | Recent cost | $250,000.00 |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** Retail inventory; current value is estimate of liquidation value | 12/31/15 | $2,932,702.00 | Recent cost | $1,700,000.00 |
| Sample inventory with agencies; current value is estimate of liquidation value | 12/31/15 | $2,170,203.00 | Recent cost | $775,000.00 |
| Doncaster (Direct Sales) WIP; current value is estimate of liquidation value | 12/31/15 | $138,310.00 | Recent cost | $0.00 |
| 22.  **Other inventory or supplies** | | | | |

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| $2,725,000.00 |
|---|

24.  **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Tanner Companies, LLC**                                        Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** <br> Furniture | Unknown | | $0.00 |
| 40. **Office fixtures** <br> Fixtures | Unknown | | $0.00 |
| Leasehold improvements - Knoxville | Unknown | | $0.00 |
| Leasehold improvements - Williamsburg | Unknown | | $0.00 |
| Leasehold improvements - Rutherfordton | Unknown | | $0.00 |
| Leasehold improvements - Hilton Head | Unknown | | $0.00 |
| Leasehold improvements - Black Mountain | Unknown | | $0.00 |
| Leasehold improvements - Chapel Hill | Unknown | | $0.00 |
| Leasehold improvements - Boardwalk/Water Oak | Unknown | | $0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office equipment | Unknown | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                               | $0.00 |
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

<table><tr><td>Part 8:</td><td>Machinery, equipment, and vehicles</td></tr></table>

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Tanner Companies, LLC**                              Case number *(If known)* _____
     Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |

| | | | |
|---|---|---|---|
| 47.1. **1995 Freightline Box Truck; 24 ft; VIN 1FV3ETJD6SL616678** | **$0.00** | | **Unknown** |
| 47.2. **1998 GMC Savana Van 3500; VIN 1GDHG31R9W1063360** | **$0.00** | | **Unknown** |
| 47.3. **2001 GMC Savana Van 2500; VIN 1GTFG25M811234377** | **$0.00** | | **Unknown** |

| | | | |
|---|---|---|---|
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **M&E** | **Unknown** | | **$0.00** |

51. **Total of Part 8.**                                                                 | **$0.00** |

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Tanner Companies, LLC** | | Case number *(If known)* | |
| | Name | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 55.1. | **456/538 Rock Rd, Rutherfordton, NC; 7.96 acres; deed book 702-314 & 748-711; parcel numbers 1610667 & 1205916** | Fee simple | $0.00 | Appraisal | $50,000.00 |
| 55.2. | **192/196 Fashion Circle, Rutherfordton, NC; 8.518 acres; deed book 701-384; parcel number 1204402/03** | Fee simple | $0.00 | Appraisal | $45,000.00 |
| 55.3. | **Pineview Dr; Rutherfordton, NC; 1.7 acres; deed book 866-646; tax parcel 1206174** | Fee simple | $0.00 | Appraisal | $9,600.00 |
| 55.4. | **537 Rock Road, Rutherfordton, NC; 43.939 acres; deed book 616-232; tax parcel 1617797** | Fee simple | $0.00 | Appraisal | $750,000.00 |

| 56. | **Total of Part 9.** | $854,600.00 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**  **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets Mark:DONCASTER Country:China  Appl. No.:5398179 Reg. No.: 5398179 Reg. Date 10/07/2009** | $0.00 | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Tanner Companies, LLC**
                                                        Case number *(if known)* _____
            Name

| | | |
|---|---|---|
| **Mark: DONCASTER Country: Hong Kong Appl. No.: 300629703 Reg. No.:300629703 Reg. Date: 10/19/2006** | $0.00 | Unknown |
| **Mark: DONCASTER Country: United States Appl. No.: 72/076,860 Reg. No.: 690,982 Reg. Date: 01/05/1960** | $0.00 | Unknown |
| **Mark: DONCASTER Country: United States Appl. No.: 72/062,536 Reg. No.: 688,018 Reg. Date:  11/10/1959** | $0.00 | Unknown |
| **Mark: DONCASTER Country: United States Appl. No.: 72/375,303 Reg. No.: 927,362 Reg. Date: 01/18/1972** | $0.00 | Unknown |
| **Mark: DONCASTER & DD Design Country: United States Appl. No.: 75/571,921 Reg. No.: 2,403,273 Reg. Date: 11/14/2000** | $0.00 | Unknown |
| **Mark: DONCASTER & Design Country: United States Appl. No.: 71/402,087 Reg. No.: 359,995 Reg. Date: 09/06/1938** | $0.00 | Unknown |
| **Mark: DONCASTER COLLECTION Country: United States Appl. No.: 77/051,255 Reg. No.: 3,436,897 Reg. Date: 05/27/2008** | $0.00 | Unknown |
| **Mark: DONCASTER SIGNATURE Country: United States Appl. No.: 77/051,249 Reg. No.: 3,436,896 Reg. Date:05/27/2008** | $0.00 | Unknown |
| **Mark: DONCASTER SPORT Country: United States Appl. No.: 73/371,156 Reg. No.: 1,251,731 Reg. Date: 09/20/1983** | $0.00 | Unknown |
| **Mark: ELANA Country: China Appl. No.: 5398191 Reg. No.: Reg. Date:** | $0.00 | Unknown |
| **Mark: ELANA Country: Hong Kong Appl. No.: 300629695 Reg. No.: 300629695 Reg. Date: 06/05/2007** | $0.00 | Unknown |
| **Mark: ELANA Country: United States Appl. No.: 76/274,065 Reg. No.: 2,944,265 Reg. Date: 04/26/2005** | $0.00 | Unknown |
| **Mark: ELANA BY TANNER & Design Country: United States Appl. No.: 76/060,555 Reg. No.: 2,955,223 Reg. Date: 05/24/2005** | $0.00 | Unknown |

Debtor    **Tanner Companies, LLC**                                    Case number *(If known)* _____
          <sub>Name</sub>

| Mark: HELIOS & LUNA Country: United States Appl. No.: 77/843,602 Reg. No.: Reg. Date: | $0.00 | Unknown |
|---|---|---|
| Mark: T Design Country: United States Appl. No.: 76/060,554 Reg. No.: 2,732,609 Reg. Date: 07/01/2003 | $0.00 | Unknown |
| Mark: TANNER Country: China Appl. No.: 5398178 Reg. No.: Reg. Date: | $0.00 | Unknown |
| Mark: TANNER Country: Hong Kong Appl. No.: 300629686 Reg. No.: 300629686 Reg. Date: 10/19/2006 | $0.00 | Unknown |
| Mark: TANNER Country: United States Appl. No.: 72/084,356 Reg. No.: 702,317 Reg. Date: 08/02/1960 | $0.00 | Unknown |
| Mark: TANNER Country: United States Appl. No.: 73/685,177 Reg. No.: 1,490,288 Reg. Date: 05/31/1988 | $0.00 | Unknown |
| Mark: TANNER & T Design Country: United States Appl. No.: 76/060,556 Reg. No.: 2,753,554 Reg. Date:08/19/2003 | $0.00 | Unknown |
| Mark: TANNER ACCESSORIES Country: United States Appl. No.: 76/060,559 Reg. No.: 3.083,114 Reg. Date: 04/18/2006 | $0.00 | Unknown |
| Mark: TANNER HOME Country: United States Appl. No.: 76/060,558 Reg. No.: 3,362,767 Reg. Date: 01/01/2008 | $0.00 | Unknown |
| Mark: TANNERSPORT Country: United States Appl. No.: 73/685,178 Reg. No.: 1,491,236 Reg. Date: 06/07/1988 | $0.00 | Unknown |

| | | | |
|---|---|---|---|
| 61. | **Internet domain names and websites**<br>**www.doncaster.com** | **Unknown** | **Unknown** |
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**List of stylists** | **Unknown** | **Unknown** |
| | **Customer information** | **Unknown** | **Unknown** |
| 64. | **Other intangibles, or intellectual property** | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Tanner Companies, LLC**                                    Case number *(If known)* _____
            Name

65.      **Goodwill**

66.      **Total of Part 10.**                                                        | **$0.00** |

         Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
         ☐ No
         ■ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

**Part 11:**    **All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

| Debtor | **Tanner Companies, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $46,486.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $501,400.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $181,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,725,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $854,600.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,453,886.77 | + 91b. $854,600.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,308,486.77 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Tanner Companies, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

**2.1** | **Salem Investment Partners III, LP**
Creditor's Name

**1348 Westgate Center Drive, Suite 100 Winston Salem, NC 27103**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6/22/11**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Real estate, Rutherford County, NC & personal property per security agreement**

Describe the lien
**Deed of Trust & UCC Financing Statement**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,083,568.00**
Value of collateral: **$3,579,600.00**

**2.2** | **Salem Investment Partners III, LP**
Creditor's Name

**1348 Westgate Center Drive, Suite 100 Winston Salem, NC 27103**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**9/14/12**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
Check all that apply

Describe debtor's property that is subject to a lien
**Real estate, Rutherford County, NC & personal property**

Describe the lien
**Deed of Trust & UCC Financing Statement**

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$5,250,000.00**
Value of collateral: **$3,579,600.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Tanner Companies, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Salem Investment Partners III, LP** |
|---|---|

Creditor's Name

**1348 Westgate Center
Drive, Suite 100
Winston Salem, NC 27103**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**9/14/12**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien         $2,400,000.00         $3,579,600.00

**Real estate, Rutherford County, NC &
personal property**

**Describe the lien**
**Deed of trust & UCC Financing Statement**
Is the creditor an insider or related party?
☐ No
■ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,733,568.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeffrey E. Oleynik
Brooks Pierce
2000 Renaissance Plaza
230 N. Elm St.
Greensboro, NC 27401** | Line    2.1 | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Tanner Companies, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Avalara**<br>**16781 Dept OH**<br>**Palatine, IL 60055-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $83,227.96 | $83,227.96 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Avalara handles payment to over 700 state &<br>local municipalities for which Debtor owes<br>sales and or use taxes on a monthly basis.  As<br>of the petition date, the Debtor owes $83,227.96<br>in taxes paid by Avalara.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**BEAUFORT COUNTY TREASURER<br>PO BOX 580074<br>CHARLOTTE, NC 28258-0074** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $61.44 | $61.44 |
| | Date or dates debt was incurred | Basis for the claim:<br>**TAX** | | |
| | Last 4 digits of account number **3467**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    50727                    Best Case Bankruptcy

| Debtor | **Tanner Companies, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.00 | $26.00 |
|---|---|---|---|---|

**CITY OF AURORA**
**PO BOX 33001**
**AURORA, CO 80041-3001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0555**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $87.00 | $87.00 |
|---|---|---|---|---|

**CITY OF BREWTON, AL**
**PO BOX 368**
**BREWTON, AL 36427-0368**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **4311**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $821.10 | $821.10 |
|---|---|---|---|---|

**CITY OF CLAYTON**
**837 HIGHWAY 76 W STE 101**
**CLAYTON, GA 30525-5267**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0886**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $105.00 | $105.00 |
|---|---|---|---|---|

**CITY OF DAPHNE, AL**
**P O DRAWER 1047**
**DAPHNE, AL 36526-1047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0561**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

---

| Debtor | Tanner Companies, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | $50.00 |

**CITY OF FLORENCE, AL**
**CITY CLERKS OFFICE**
**PO BOX 98**
**FLORENCE, AL 35631-0098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **TAX** |

Last 4 digits of account number **0952**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.00 | $112.00 |

**CITY OF GADSDEN**
**REVENUE DEPT**
**PO BOX 267**
**GADSDEN, AL 35902-0267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **TAX** |

Last 4 digits of account number **7617**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.85 | $52.85 |

**CITY OF KNOXVILLE**
**PO BOX 15001**
**KNOXVILLE, TN 37901-5001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **TAX** |

Last 4 digits of account number **5123**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |

**CITY OF LUVERNE**
**PO BOX 249**
**LUVERNE, AL 36049-2104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| | **TAX** |

Last 4 digits of account number **7584**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Tanner Companies, LLC** | | Case number _(if known)_ | |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.86 | $203.86 |
|---|---|---|---|---|

2.11    Priority creditor's name and mailing address
**CITY OF MOBILE-DEPT#1530, AL**
**PO BOX 11407**
**BIRMINGHAM, AL 35246**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$203.86    $203.86

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0580**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

2.12    Priority creditor's name and mailing address
**CITY OF MONROE LA TAX & REV**
**DEPT**
**PO BOX 123**
**MONROE, LA 71210-0123**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$200.00    $200.00

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0673**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

2.13    Priority creditor's name and mailing address
**CITY OF MONROEVILLE**
**PO BOX 147**
**MONROEVILLE, AL 36461-0121**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$43.00    $43.00

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0440**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

---

2.14    Priority creditor's name and mailing address
**CITY OF MONTGOMERY, AL**
**PO BOX 830469**
**BIRMINGHAM, AL 35283-0469**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

$190.41    $190.41

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0583**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

■ No
☐ Yes

| Debtor | Tanner Companies, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.01 | $112.01 |
|---|---|---|---|---|

**CITY OF OPELIKA, AL**
**PO BOX 390**
**OPELIKA, AL 36803-0390**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **2036**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $85.36 | $85.36 |
|---|---|---|---|---|

**CITY OF TUSCALOOSA, AL**
**REVENUE DEPT**
**PO BOX 2089**
**TUSCALOOSA, AL 35403-2089**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **0603**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**GA Dept of Revenue**
**PO Box 74038**
**Atlanta, GA 30374-0387**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Tanner Companies, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$45.00** | **$45.00** |

Priority creditor's name and mailing address

**KNOX COUNTY TRUSTEE**
**PO BOX 70**
**KNOXVILLE, TN 37901-0070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$45.00**    **$45.00**

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **9724**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.20    Priority creditor's name and mailing address

**NC Department of Revenue**
**Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.21    Priority creditor's name and mailing address

**NJ Dept of Taxation**
**Bankruptcy Section**
**PO Box 245**
**Trenton, NJ 08695-0245**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.22    Priority creditor's name and mailing address

**RUTHERFORD COUNTY TAX**
**COLLECTO**
**PO BOX 143**
**RUTHERFORDTON, NC**
**28139-0001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$18,047.68**    **$18,047.68**

Date or dates debt was incurred

Basis for the claim:
**TAX**

Last 4 digits of account number **1717**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | Tanner Companies, LLC | | Case number (if known) | | |
| | Name | | | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
| | **SC Dept of Revenue** | *Check all that apply.* | | |
| | **Withholding** | ☐ Contingent | | |
| | **Columbia, SC 29214-0004** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$212.00** | **$212.00** |
| | **SCOTTSBORO, AL CITY HALL** | *Check all that apply.* | | |
| | **316 S BROAD ST** | ☐ Contingent | | |
| | **SCOTTSBORO, AL 35768** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**TAX** | | |
| | Last 4 digits of account number **2807** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Securities and Exchange Commission** | *Check all that apply.* | | |
| | **Office of Reorganization** | ☐ Contingent | | |
| | **950 East Paces Ferry Rd, N.E.** | ☐ Unliquidated | | |
| | **Atlanta, GA 30326-1328** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$225.30** | **$225.30** |
| | **TOWN OF HILTON HEAD ISLAND** | *Check all that apply.* | | |
| | **ONE TOWN CENTER COURT** | ☐ Contingent | | |
| | **HILTON HEAD ISLAND, SC 29928** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**TAX** | | |
| | Last 4 digits of account number **1998** | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Tanner Companies, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,348.22**

**ADV PRODUCTIONS LLC**
**2140 E 5TH ST STE 5**
**TEMPE, AZ 85281-3043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONSULT**

Last 4 digits of account number  **6712**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,809.26**

**AMERICAN EXPRESS CORPORATE CARD**
**PO BOX 650448**
**DALLAS, TX 75265-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SERV**

Last 4 digits of account number  **3265**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,951.31**

**AMERICAN EXPRESS TRAVEL RELATED**
**SERVICES**
**PO BOX 360001**
**FORT LAUDERDALE, FL 33336-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SERV**

Last 4 digits of account number  **0279**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$742.47**

**ASSOCIATED PRINTING & SERVICES, INC**
**PO BOX 905**
**RUTHERFORDTON, NC 28139-0881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SERV**

Last 4 digits of account number  **0325**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$578.08**

**AT&T**
**PO BOX 105262**
**ATLANTA, GA 30348-5262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTIL**

Last 4 digits of account number  **0382**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**AT&T-CAROL STREAM, IL**
**PO BOX 5019**
**CAROL STREAM, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SETTLEMENT**

Last 4 digits of account number  **4605**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,641.64**

**ATLANTIC CORPORATION OF**
**WILMINGTON, INC**
**PO BOX 60002**
**CHARLOTTE, NC 28260-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NPO**

Last 4 digits of account number  **1037**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tanner Companies, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,502.06**

**AVALARA, INC**
**16781 DEPT CH**
**PALATINE, IL 60055-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CONSULT__

Last 4 digits of account number __0228__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,850.76**

**BH MEDIA GROUP, INC**
**NC MEDIA GROUP PO BOX 27283**
**RICHMOND, VA 23261-7263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SERV__

Last 4 digits of account number __1355__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$520.00**

**BLACK MOUNTAIN-SWANNANOA**
**CHAMBER OF COMMERCE**
**201 E STATE ST**
**BLACK MOUNTAIN, NC 28711-3524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NPO__

Last 4 digits of account number __0406__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$670.01**

**BLUE RIDGE ELECTRIC MEMB.**
**PAYMENT PROCESSING CENTER**
**PO BOX 112**
**LENOIR, NC 28645-0112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTIL__

Last 4 digits of account number __0419__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$996.20**

**BROAD RIVER WATER AUTHORITY**
**PO BOX 37**
**SPINDALE, NC 28160-0037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTIL__

Last 4 digits of account number __9870__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$172.73**

**BROADWAY ELECTRIC SERVICE**
**CORPORATION**
**PO BOX 3250**
**KNOXVILLE, TN 37927-3250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SERV__

Last 4 digits of account number __1553__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00**

**GEORGE BARROW BROWN III**
**519 ARBOR RD**
**WINSTON SALEM, NC 27104-2329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __DIRECTORS FEES__

Last 4 digits of account number __3247__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Tanner Companies, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,150.00 |
|---|---|---|---|

**BYRNE ACQUISITION GROUP LLC DBA**
**WHHI-TV**
**32 OFFICE PARK RD STE 103**
**HILTON HEAD ISLAND, SC 29928-4659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NPO__

Last 4 digits of account number __7254__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,710.04 |
|---|---|---|---|

**CAROLINA CONTAINER**
**PO BOX 2166**
**HIGH POINT, NC 27261-2166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NPO__

Last 4 digits of account number __1183__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $395.70 |
|---|---|---|---|

**CHARTER COMMUNICATIONS HOLDING**
**COMPANY L**
**PO BOX 742600**
**CINCINNATI, OH 45274-2600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UTIL__

Last 4 digits of account number __4235__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112.21 |
|---|---|---|---|

**CHEROKEE PRODUCTS INC**
**PO BOX 482**
**GAFFNEY, SC 29342-0421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __SERV__

Last 4 digits of account number __0532__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.00 |
|---|---|---|---|

**CLEGG'S TERMITE & PEST CONTROL, LLC**
**PO BOX 1757**
**ASHEVILLE, NC 28802-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __SERV__

Last 4 digits of account number __0616__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,405.00 |
|---|---|---|---|

**CLT EXPRESS LIVERY**
**7319 W WILKINSON BLVD**
**BELMONT, NC 28012-6215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __NPO__

Last 4 digits of account number __6886__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.90 |
|---|---|---|---|

**COMCAST**
**PO BOX 1577**
**NEWARK, NJ 07101-1577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UTIL__

Last 4 digits of account number __1761__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tanner Companies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.22** | Nonpriority creditor's name and mailing address

**COMMUNITY NEWSPAPERS, INC**
PO BOX 350
FRANKLIN, NC 28744-0350

Date(s) debt was incurred _

Last 4 digits of account number  **0915**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERV**

Is the claim subject to offset? ■ No ☐ Yes

**$2,043.56**

---

**3.23** | Nonpriority creditor's name and mailing address

**CREATIVE SIGN SERVICE INC**
ONE FREEDOM SQUARE
LAUREL, MS 39440-3367

Date(s) debt was incurred _

Last 4 digits of account number  **0693**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERV**

Is the claim subject to offset? ■ No ☐ Yes

**$1,980.00**

---

**3.24** | Nonpriority creditor's name and mailing address

**CREEKSIDE ELECTRONICS INC**
PO BOX 3708
BOONE, NC 28607-5608

Date(s) debt was incurred _

Last 4 digits of account number  **0146**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UTIL**

Is the claim subject to offset? ■ No ☐ Yes

**$20.00**

---

**3.25** | Nonpriority creditor's name and mailing address

**CSHV HCG Retail, LLC**
12912 Hill Country Blvd
Space F130
Austin, TX 78738

Date(s) debt was incurred _

Last 4 digits of account number  **2087**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SETTLEMENT**

Is the claim subject to offset? ■ No ☐ Yes

**$295,301.00**

---

**3.26** | Nonpriority creditor's name and mailing address

**DESIGN ONE, INC**
53 ASHELAND AVE STE 103
ASHEVILLE, NC 28801-3201

Date(s) debt was incurred _

Last 4 digits of account number  **0741**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SERV**

Is the claim subject to offset? ■ No ☐ Yes

**$10,152.00**

---

**3.27** | Nonpriority creditor's name and mailing address

**DIRECTIONS TALENT AGENCY, INC**
3922 W MARKET ST
GREENSBORO, NC 27407-1304

Date(s) debt was incurred _

Last 4 digits of account number  **1899**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **MKTG**

Is the claim subject to offset? ■ No ☐ Yes

**$13,909.00**

---

**3.28** | Nonpriority creditor's name and mailing address

**DUFFIE'S COPIER CONSULTANTS**
PO BOX 667
FOREST CITY, NC 28043-0667

Date(s) debt was incurred _

Last 4 digits of account number  **2692**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **NPO**

Is the claim subject to offset? ■ No ☐ Yes

**$268.37**

---

Debtor   **Tanner Companies, LLC**                                          Case number (if known)
_____
Name

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,747.93** |
|---|---|---|---|

**DUKE ENERGY**
**PO BOX 70516**
**CHARLOTTE, NC 28272-0516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0071**

Basis for the claim: **UTIL**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,014.47** |
|---|---|---|---|

**EASTCOAST NEWSPAPERS, INC**
**PO BOX 3019**
**LIVONIA, MI 48151-3019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1133**

Basis for the claim: **SERV**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,020.52** |
|---|---|---|---|

**EVERBANK COMMERCIAL FINANCE, INC**
**PO BOX 911608**
**DENVER, CO 80291-1608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **3576**

Basis for the claim: **CONTRACT**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,400.00** |
|---|---|---|---|

**FAIRWAY OUTDOOR FUNDING, LLC**
**PO BOX 60125**
**CHARLOTTE, NC 28260-0125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0857**

Basis for the claim: **SERV**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$309.57** |
|---|---|---|---|

**FIREFLY STORE SOLUTIONS**
**4500 S HOLDEN RD**
**GREENSBORO, NC 27406-9510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1689**

Basis for the claim: **SERV**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,087.00** |
|---|---|---|---|

**GANNETT GP MEDIA, INC**
**PO BOX 677564**
**DALLAS, TX 75267-7564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0322**

Basis for the claim: **SERV**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$625.00** |
|---|---|---|---|

**GANNETT PACIFIC CORPORATION**
**PO BOX 677566**
**DALLAS, TX 75267-7566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0981**

Basis for the claim: **SERV**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | Tanner Companies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$607.41**

GEORGIA POWER
96 ANNEX
ATLANTA, GA 30396

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __UTIL__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$993.00**

GRANDFATHER CENTER SHOPPES, LLC
GRANDFATHER CENTER -
C/O COLLETT MANAGEMENT, LLC
PO BOX 36799
CHARLOTTE, NC 36799

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$61.20**

GREEN WASTE MALL SERVICES
PO BOX 94258
LAS VEGAS, NV 89193-4258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __GARBAGE__

Last 4 digits of account number __5712__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$843.50**

HALIFAX MEDIA HOLDINGS LLC
THE SHELBY STAR PO BOX 102528
ATLANTA, GA 30368-2528

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SERV__

Last 4 digits of account number __1777__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$973.60**

HEFFNER MANAGEMENT, INC
80 VINE ST APT 203
SEATTLE, WA 98121-1369

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __NPO__

Last 4 digits of account number __3516__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,143.65**

HENDERSONVILLE TIMES-NEWS
PO BOX 102085
ATLANTA, GA 30368-2085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SERV__

Last 4 digits of account number __9717__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$390.30**

HIGH COUNTRY MEDIA, LLC
MOUNTAIN TIMES PO BOX 1815
BOONE, NC 28607-1815

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __SERV__

Last 4 digits of account number __1424__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tanner Companies, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,023.55 |
|---|---|---|---|

**INK4, INC**
**PO BOX 170685**
**SPARTANBURG, SC 29301-0031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4232**

Basis for the claim:  **CONSULT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,500.00 |
|---|---|---|---|

**CLAUDI INNOCENTI**
**VICOLA DEL PANCIO 2, 50123**
**FIRENZE, ITALY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **EMPLOYEE NOTE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210.72 |
|---|---|---|---|

**J.J. KELLER & ASSOCIATES**
**3003 W. BREEZEWOOD LANE**
**PO BOX 548**
**NEENAH, WI 54957-0548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **2827**

Basis for the claim:  **SERV**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**JOHNSON CITY PUBLISHING**
**CORPORATION**
**PO BOX 4807**
**JOHNSON CITY, TN 37602-4807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0649**

Basis for the claim:  **NPO**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $918,992.00 |
|---|---|---|---|

**WILLIAM A JOYNER**
**428 Cut Away Road**
**Lake Lure, NC 28746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBDEBT; subordinated to payment of Salem**
**$2,400,000 note per Salem Third Amendment To Credit Documents,**
**dated 9/15/14**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $104,574.00 |
|---|---|---|---|

**LAURA KENDALL**
**18900 Riverwind Ln**
**Davidson, NC 28036-7849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **DEFERRED COMP**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $520,381.00 |
|---|---|---|---|

**Po-Kan Kwai**
**16/F Kaiseng Commercial Centre**
**4-6 Hankow Road**
**Tsimshatsui, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **SUBDEBT; subordinated to Salem debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tanner Companies, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$648.13**

MAILFINANCE INC
DEPT 3682
PO BOX 123682
DALLAS, TX 75312-3682

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LEASE**

Last 4 digits of account number  **4024**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,410.00**

MSA MODELS
200 W 41ST ST STE 1000
NEW YORK, NY 10036-7203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MKTG**

Last 4 digits of account number  **1399**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$312.43**

MUZAK- SOUTH CENTRAL
PO BOX 633496
CINCINNATI, OH 45263-3496

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACT**

Last 4 digits of account number  **8719**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44.18**

NESTLE WATERS NORTH AMERICA
PO BOX 856192
LOUISVILLE, KY 40285-6192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NPO**

Last 4 digits of account number  **4340**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$197.52**

NEW APPLE TRANS. INC
3370 PRINCE ST STE 603
FLUSHING, NY 11354-2703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **NPO**

Last 4 digits of account number  **1546**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$632.00**

NEW JERSEY FAMILY SUPPORT PAYMENT CENTER
PO BOX 4880
TRENTON, NJ 08650-4880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **HR**

Last 4 digits of account number  **7047**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$200,000.00**

NewBridge Bank
1501 Highwoods Blvd, Ste 400
Greensboro, NC 27410

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/28/16**

Basis for the claim:  **Letter of credit**

Last 4 digits of account number  **8029**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Tanner Companies, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,578,486.41**

**NINGBO TANNER GARMENT CO., LTD**
**509 MAOYANGSHAN ROAD**
**NINGBO,P.R., CHINA 00031-5806**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **MANUFACTORING**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655.00**

**CLAIRE O'SULLIVAN**
**PO BOX 1543**
**COLUMBUS, NC 28722-1543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **4603**

Basis for the claim:  **CONSULT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$385.00**

**OHMSTEAD PLUMBING**
**470 WASHINGTON ST**
**FOREST CITY, NC 28043-9455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7619**

Basis for the claim:  **SERV**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26.70**

**ORANGE WATER AND SEWER AUTHORITY**
**PO BOX 602659**
**CHARLOTTE, NC 28260-2659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  _

Basis for the claim:  **UTIL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,200.00**

**PARISH DIGITAL VIDEO PRODUCTION**
**1501 REEDSDALE ST STE 3004**
**PITTSBURGH, PA 15233-2341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1480**

Basis for the claim:  **MKTG**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,163.12**

**PARKER POE ADAMS & BERNSTEIN LLP**
**401 S TRYON ST STE 3000**
**CHARLOTTE, NC 28202-1942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0578**

Basis for the claim:  **CONSULT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.50**

**PAXTON MEDIA GROUP**
**PO BOX 1200**
**PADUCAH, KY 42002-1200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8709**

Basis for the claim:  **SERV**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Tanner Companies, LLC** | Case number (if known) | |
| | Name | | |

---

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $126.31 |
| **PC CONNECTION SALES CORPORATION**<br>PO BOX 536472<br>PITTSBURGH, PA 15253-5906 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **NPO** | |
| Last 4 digits of account number  **5642** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $290.43 |
| **PC MALL**<br>1940 E MARIPOSA AVE<br>EL SEGUNDO, CA 90245-3457 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **NPO** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,007.37 |
| **POWERS SOLUTIONS, INC**<br>PO BOX 5108<br>SPARTANBURG, SC 29304-5108 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **SERV** | |
| Last 4 digits of account number  **1610** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.67**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $854.66 |
| **PREMIERE GLOBAL SERVICES**<br>PO BOX 404351<br>ATLANTA, GA 30384-4351 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **UTIL** | |
| Last 4 digits of account number  **3287** | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.68**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,935.70 |
| **PREVIEW TEXTILE GROUP**<br>225 W 37TH ST FL 11<br>NEW YORK, NY 10018-5703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **FABRIC** | |
| Last 4 digits of account number  **2139** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $351.75 |
| **PSNC ENERGY**<br>REMITTANCE PROCESSING CTR<br>PO BOX 100256<br>COLUMBIA, SC 29202-3256 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **UTIL** | |
| Last 4 digits of account number  **1628** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,798.43 |
| **PULCRA SRL**<br>50045 MONTEMURLO<br>VIA B CELLINI  31-CP-193<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **ACC** | |
| Last 4 digits of account number  **6822** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Tanner Companies, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,684.32 |
|---|---|---|---|

**RAYBURN COOPER & DURHAM P.A.**
**227 W TRADE ST STE 1200**
**CHARLOTTE, NC 28202-1672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __CONSULT__

Last 4 digits of account number  __2982__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $236.27 |
|---|---|---|---|

**RDS  TAX TRUST ACCOUNT**
**SALES TAX DIVISION**
**PO BOX 830900**
**BIRMINGHAM, AL 35283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __LICENSES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**REPUBLIC NEWSPAPERS, INC**
**11863 KINGSTON PIKE**
**KNOXVILLE, TN 37934-3833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NPO__

Last 4 digits of account number  __4534__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.20 |
|---|---|---|---|

**REPUBLIC SERVICES  #693**
**PO BOX 9001099**
**LOUISVILLE, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __UTIL__

Last 4 digits of account number  __3113__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911,232.61 |
|---|---|---|---|

**CATHERINE SCHEPIS**
**405 E 54TH STREET, APT 15E**
**NEW YORK, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __SEVERENCE & SUB DEBT; debt subordinated to__
__Salem debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**SERVICEMASTER UNLIMITED**
**582 MT LEBANON CHURCH RD**
**BOSTIC, NC 28018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __SERVICES__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,403.49 |
|---|---|---|---|

**SHARP BUSINESS SYSTEMS**
**146 J W PHILLIPS RD DEPT AT# 40322**
**ATLANTA, GA 31192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __NPO__

Last 4 digits of account number  __4795__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Tanner Companies, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $177.63 |
|---|---|---|---|

**SKYLINE TELEPHONE**
**PO BOX 759**
**WEST JEFFERSON, NC 28694-0759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __1802__

Basis for the claim: __UTIL__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $28.00 |
|---|---|---|---|

**SQUEEGEE PROS INC**
**1219 RIVER HWY**
**MOORESVILLE, NC 28117-9088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4344__

Basis for the claim: __SERV__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $164.16 |
|---|---|---|---|

**STAPLES CONTRACT AND COMMERCIAL**
**INC**
**PO BOX 405386**
**ATLANTA, GA 30384-5386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __NPO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $96,488.73 |
|---|---|---|---|

**STARPORT 1, LLC**
**601 S COLLEGE ST**
**CHARLOTTE, NC 28202-1829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2171__

Basis for the claim: __NPO__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $218,117.96 |
|---|---|---|---|

**TANNER COMPANIES ITALIA S.R.L.**
**BORGO ALBIZI 12 50122**
**FIRENZE, ITALY**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SERVICES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $35,000.00 |
|---|---|---|---|

**S. BOBO TANNER IV**
**2105 HAMPTON AVE**
**NASHVILLE, TN 37215-1401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3909__

Basis for the claim: __DIRECTORS FEES__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,105,743.00 |
|---|---|---|---|

**ALLISON PELL TANNER**
**PO BOX 887**
**RUTHERFORDTON, NC 28139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __SEVERENCE & SUB DEBT__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Tanner Companies, LLC**                                    Case number (if known) _____
        Name

| | |
|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**JAMES T TANNER**
**PO BOX 1139**
**RUTHERFORDTON, NC 28139-1139**

Date(s) debt was incurred _
Last 4 digits of account number **3026**

As of the petition filing date, the claim is: *Check all that apply.*                **$873,176.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **DIRECTOS FEES - DECEASED AND DEFERRED COMP DEATH BENEFITS and SUBDEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.86  **Nonpriority creditor's name and mailing address**
**MICHAEL S TANNER**
**PO BOX 1139**
**RUTHERFORDTON, NC 28139-1139**

Date(s) debt was incurred _
Last 4 digits of account number **5153**

As of the petition filing date, the claim is: *Check all that apply.*                **$921,206.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **DIRECTOS FEES AND DEFERRED COMP DEATH BENEFITS and SUB DEBT**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.87  **Nonpriority creditor's name and mailing address**
**TDS TELECOM**
**PO BOX 94510**
**PALATINE, IL 60094-4510**

Date(s) debt was incurred _
Last 4 digits of account number **6716**

As of the petition filing date, the claim is: *Check all that apply.*                **$165.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UTIL**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.88  **Nonpriority creditor's name and mailing address**
**THE CHARLOTTE OBSERVER PUBLISHING COMPAN**
**PO BOX 3026**
**LIVONIA, MI 48151-3026**

Date(s) debt was incurred _
Last 4 digits of account number **0527**

As of the petition filing date, the claim is: *Check all that apply.*                **$2,025.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERV**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.89  **Nonpriority creditor's name and mailing address**
**THE O'KEEFE GROUP INC**
**PO BOX 1240**
**ATTLEBORO, MA 02703-0240**

Date(s) debt was incurred _
Last 4 digits of account number **5897**

As of the petition filing date, the claim is: *Check all that apply.*                **$140.62**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERV**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.90  **Nonpriority creditor's name and mailing address**
**THIEN LA PHOTOGRAPHY**
**9323 AUTUMN APPLAUSE DR**
**CHARLOTTE, NC 28277-1695**

Date(s) debt was incurred _
Last 4 digits of account number **2021**

As of the petition filing date, the claim is: *Check all that apply.*                **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERV**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.91  **Nonpriority creditor's name and mailing address**
**TIFFANY & CO**
**PO BOX 121193   DEPT 1193**
**DALLAS, TX 75312-1193**

Date(s) debt was incurred _
Last 4 digits of account number **1975**

As of the petition filing date, the claim is: *Check all that apply.*                **$3,437.81**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **SERV**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Tanner Companies, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $449.99 |

**TIME WARNER CABLE**
PO BOX 11820
NEWARK, NJ 07101-8120

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTIL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $248.11 |

**TIME WARNER CABLE**
PO BOX 70872
CHARLOTTE, NC 28272-0872

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTIL**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26.16 |

**TOWN OF BLACK MOUNTAIN**
160 MIDLAND AVE
BLACK MOUNTAIN, NC 28711-3112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTIL**

Last 4 digits of account number  **1993**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $147.00 |

**TOWN OF BLOWING ROCK**
PO BOX 47
BLOWING ROCK, NC 28605-0047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UTIL**

Last 4 digits of account number  **1994**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.00 |

**TRYON NEWSMEDIA, LLC**
PO BOX 2080
SELMA, AL 36702-2080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SERV**

Last 4 digits of account number  **2021**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $589.35 |

**ULINE**
PO BOX 88741
CHICAGO, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SERV**

Last 4 digits of account number  **2032**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,553.37 |

**UNITED PARCEL SERVICE PHILADEL**
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **FRT**

Last 4 digits of account number  **2048**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Tanner Companies, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.00 |
|---|---|---|---|

**UNIVERSITY SPORTS PUBLICATIONS CO, INC**
570 ELMONT RD
ELMONT, NY 11003-3535

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **MKTG**

Last 4 digits of account number  **2220**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,018.00 |
|---|---|---|---|

**VINCENZO CAFIERO**
**CAFIERO & PARTNERS, TAX**
**CONSULTANTS**
VIA GIOSU  CARDUCCI, 4  00187
ROME, ITALY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **SERVICES**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,078.32 |
|---|---|---|---|

**VONAGE BUSINESS**
PO BOX 392479
PITTSBURGH, PA 15251-9479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **TELEPHONE**

Last 4 digits of account number  **8703**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78.00 |
|---|---|---|---|

**WASTE AWAY DISPOSAL**
PO BOX 98
CORNELIA, GA 30531-0098

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CONTRACT**

Last 4 digits of account number  **5472**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **LAW OFFICES OF MICHAEL DEITCH & ASSOCIAT**<br>800 RIO GRANDE ST<br>Austin, TX 78701-2220 | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 103,987.97 |
| **5b. Total claims from Part 2** | 5b. | + $ | 8,284,068.53 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 8,388,056.50 |

**Fill in this information to identify the case:**

Debtor name   **Tanner Companies, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    STOCK THROUGHPUT | |
| State the term remaining | ACE  CHUBB   INDEMNITY INSURANCE COMPANY |
| List the contract number of any government contract    GovContractNo | 11575 GREAT OAKS WAY<br>ALPHARETTA, GA 30022 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    INTERNATIONAL PACKAGE | |
| State the term remaining | ACE AMERICAN INSURANCE COMPANY |
| List the contract number of any government contract    GovContractNo | 11575 GREAT OAKS WAY<br>ALPHARETTA, GA 30022 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    American Express Card Acceptance Agreement | |
| State the term remaining | American Express<br>AMEX Travel Related Serv Co<br>Attn:  Dept 87 |
| List the contract number of any government contract    GovContractNo | PO Box 299051<br>Fort Lauderdale, FL 33329 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Corp card agreement | |
| State the term remaining | American Express Corp Card |
| List the contract number of any government contract    GovContractNo | PO Box 650448<br>Dallas, TX 75265-0448 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **Tanner Companies, LLC**
First Name    Middle Name    Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **WORKERS COMP** | |
|---|---|---|---|
| | State the term remaining | | **AMTRUST NORTH AMERICA, INC.** |
| | List the contract number of any government contract | **GovContractNo** | **800 SUPERIOR AVE. E.,  21ST FLOOR** **CLEVELAND, OH 44114** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **RE LEASE** | |
|---|---|---|---|
| | State the term remaining | **1/19/2018** | **SUSAN M. ANTINORI** |
| | List the contract number of any government contract | **GovContractNo** | **55 MAIN ST.** **CLAYTON, GA 30525** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT HANDLING SALES TAX; Avalara handles the payment of sales and use taxes to over 700 state & local municipalities.** | |
|---|---|---|---|
| | State the term remaining | | **AVALARA, INC** |
| | List the contract number of any government contract | **GovContractNo** | **16781 DEPT CH** **PALATINE, IL 60055-0001** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **RE LEASE** | |
|---|---|---|---|
| | State the term remaining | **1/31/2017** | **ROBEY C. BEST JR** |
| | List the contract number of any government contract | **GovContractNo** | **537 N. MAIN ST.** **BLOWING ROCK, NC 28605** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Merchant agreement.** | |
|---|---|---|---|
| | State the term remaining | **Feb 15, 2018** | **Branch Banking & Trust Company** **Attn:  Merchant Services Div Manager** |
| | List the contract number of any government contract | **GovContractNo** | **PO Box 200** **Wilson, NC 27894** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **PROPERTY COMPANY OWNS - LEASES TO THIRD PARTY** | |
|---|---|---|---|
| | State the term remaining | | **CAMP ELECTRIC** **466 ROCK ROAD** **RUTHERFORD, NC 28139** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Tanner Companies, LLC** _____   Case number *(if known)* _____

First Name        Middle Name        Last Name

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | **GovContractNo** | |
|---|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **RE LEASE** | |
| | State the term remaining | **12/31/2017** | **CHH INVESTMENTS, INC** |
| | List the contract number of any government contract | **GovContractNo** | **6085 LAKE FORREST DRIVE  SUITE 105** **ATLANTA, GA 30328** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **RE LEASE** | |
| | State the term remaining | **11/30/2020** | **CONSTELLATION BRANDS US OPERATIONS, INC** |
| | List the contract number of any government contract | **GovContractNo** | **111 TOWN SQUARE PL** **JERSEY CITY, NJ 07310** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Settlement** | |
| | State the term remaining | **2/1/2019** | **CSHV HCG RETAIL, LLC** |
| | List the contract number of any government contract | **GovContractNo** | **12912 HILL COUNTRY BLVD SPACE F130** **BEE CAVE, TX 78738** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE - COMMERCIAL** | |
| | State the term remaining | **JUNE 2016 - MAY 2017** | **EMC EMPLOYERS MUTUAL CASUALTY COMPANY** |
| | List the contract number of any government contract | **GovContractNo** | **PO BOX 621210** **CHARLOTTE, NC 28262** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | |
| | State the term remaining | | **EVERBANK COMMERCIAL FINANCE, INC** |
| | List the contract number of any government contract | **GovContractNo** | **PO BOX 911608** **DENVER, CO 80291-1608** |

Debtor 1  **Tanner Companies, LLC**

First Name          Middle Name          Last Name          Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **RE LEASE** | |
|---|---|---|---|
| | State the term remaining | **5/17/2017** | **FEDERAL REALTY INVESTMENT TRUST** |
| | List the contract number of any government contract | **GovContractNo** | **1800 EAST FRANKLIN ST. STORE # 11A**<br>**CHAPEL HILL, NC 27514** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Electronic Payroll Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Fidelity Employer Services Company, LLC** |
| | List the contract number of any government contract | **GovContractNo** | **One Spartan Way**<br>**Merrimack, NH 03054** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Retirement Plan Service Agreement** | |
|---|---|---|---|
| | State the term remaining | | **FIDELITY INVESTMENTS** |
| | List the contract number of any government contract | **GovContractNo** | **PO BOX 73307**<br>**CHICAGO, IL 60673-7307** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **CYBER** | |
|---|---|---|---|
| | State the term remaining | | **GREAT AMERICAN INSURANCE GROUP** |
| | List the contract number of any government contract | **GovContractNo** | **PO BOX 5425   301 E FOURTH ST**<br>**CINCINNATI, OH 45202-4201** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Stop loss insurance** | |
|---|---|---|---|
| | State the term remaining | | **HCC Life Insurance Company** |
| | List the contract number of any government contract | **GovContractNo** | **Three Town Park Commons**<br>**225 TownPark Dr, Suite 350**<br>**Kennesaw, GA 30144** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **EMPLOYEE NOTE** | |
|---|---|---|---|
| | State the term remaining | **Until Paid** | **CLAUDI INNOCENTI** |
| | List the contract number of any | **GovContractNo** | **VICOLA DEL PANCIO 2, 50123**<br>**FIRENZE, ITALY** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Tanner Companies, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | government contract | |
|---|---|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution contract** | |
|---|---|---|---|
| | State the term remaining | | **LALURE** |
| | List the contract number of any government contract | GovContractNo | **1010 MT. VERNON ESTATES DR.**<br>**Atlanta, GA 30338-3959** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | |
|---|---|---|---|
| | State the term remaining | | **MAILFINANCE INC** |
| | List the contract number of any government contract | GovContractNo | **DEPT 3682**<br>**PO BOX 123682**<br>**DALLAS, TX 75312-3682** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **INSURANCE TPA** | |
|---|---|---|---|
| | State the term remaining | | **Meritain Health, Inc.** |
| | List the contract number of any government contract | GovContractNo | **PO BOX 853921**<br>**RICHARDSON, TX** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **MUZAK- SOUTH CENTRAL** |
| | List the contract number of any government contract | GovContractNo | **PO BOX 633496**<br>**CINCINNATI, OH 45263-3496** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **RE LEASE** | |
|---|---|---|---|
| | State the term remaining | **7/31/2017** | **PIATT PLACE** |
| | List the contract number of any government contract | GovContractNo | **301 FIFTH AVENUE SUITE 106**<br>**PITTSBURGH, PA 15222** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Tanner Companies, LLC**                                           Case number *(if known)*
First Name           Middle Name           Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor has a number of Representatives, with whom it has entered into an Agency Representative Agreement.  The identify of those Representatives is confidential commercial information.  Either the Debtor or the Representative may terminate the Agency Representative Agreement at any time upon 30 days' notice.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | GovContractNo | **Representatives (stylists)** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **GARBAGE REMOVAL** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | GovContractNo | **REPUBLIC SERVICES  #693 PO BOX 9001099 LOUISVILLE, KY 40290-1099** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Debtor has a President of Sales and five Sales Executives.  These individuals supervise and assist the District Sales Leaders, who supervise the Stylists. The President of Sales and each Sales Executive have a compensation agreement with the Debtor.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | GovContractNo | **Sales Executives** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **FLOOD - CHAPEL HILL** | |
|---|---|---|---|
| | State the term remaining | | **SELECTIVE INSURANCE COMPANY OF THE SOUTH PO BOX 782747 PHILADELPHIA, PA 19178-2747** |

| Debtor 1 | **Tanner Companies, LLC** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | List the contract number of any government contract | GovContractNo | |
|---|---|---|---|

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | COPIER LEASE | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | GovContractNo | SHARP BUSINESS SYSTEMS<br>146 J W PHILLIPS RD DEPT AT# 40322<br>ATLANTA, GA 31192 |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | RE LEASE | |
|---|---|---|---|
| | State the term remaining | 3/30/2020 | |
| | List the contract number of any government contract | GovContractNo | SHELTER COVE TOWNE CENTER, LLC<br>32 SHELTER COVE LANE SUITE 151<br>HILTON HEAD, SC 29928 |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | FIDELITY BOND - ERISA | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | GovContractNo | TRAVELERS CASUALTY AND SURETY COMPANY OF<br>ATTN:  CONSUMER AFFAIRS<br>ONE TOWER SQUARE<br>HARTFORD, CT 06183 |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | RE LEASE | |
|---|---|---|---|
| | State the term remaining | 5/31/2017 | |
| | List the contract number of any government contract | GovContractNo | TYSON FURNITURE COMPANY INC<br>119 BROADWAY ST.<br>BLACK MOUNTAIN, NC 28711 |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | FRT | |
|---|---|---|---|
| | State the term remaining | 1 year Dec 16<br>Cancellable 30 days | |
| | List the contract number of any government contract | GovContractNo | UNITED PARCEL SERVICE PHILADEL<br>PO BOX 7247-0244<br>PHILADELPHIA, PA 19170-0001 |

| Debtor 1 | **Tanner Companies, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **FRT CONTRACT** | |
|---|---|---|---|
| | State the term remaining | | **UNITED PARCEL SERVICE, INC** |
| | | | **UPS WORLD HEADQUARTERS** |
| | | | **55 Glenlake Parkway NE** |
| | List the contract number of any government contract | **GovContractNo** | **ATLANTA, GA 30328** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **FRT** | |
|---|---|---|---|
| | State the term remaining | **1 year Dec 16**<br>**Cancellable 30 days** | **UPS CUSTOMHOUSE BROKERAGE** |
| | List the contract number of any government contract | **GovContractNo** | **28013  NETWORK PL**<br>**CHICAGO, IL 60673-1280** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **FRT** | |
|---|---|---|---|
| | State the term remaining | **1 year Dec 16**<br>**Cancellable 30 days** | **UPS SUPPLY CHAIN** |
| | List the contract number of any government contract | **GovContractNo** | **PO BOX 650690**<br>**DALLAS, TX 75265-0690** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Tanner Companies, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Allison Pell Tanner** | **PO Box 887**<br>**Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Claridge Resources Limited** | **PO Box 1139**<br>**Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Ningbo Tanner Garment Co., LTD** | **PO Box 1139**<br>**Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Tanner Companies Italia S.r.l.** | **PO Box 1139**<br>**Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Tanner Designs LLC** | **PO Box 1139**<br>**Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Tanner Companies, LLC** | | Case number *(if known)* | |
|--------|---------------------------|--|--------------------------|--|

| | **Additional Page to List More Codebtors** |
|--|--|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|--------------------------|--|--------------------------|--|
| 2.6 | **Tanner Holdings, LLC** | **PO Box 1139** <br> **Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **Tanner International, Inc.** | **PO Box 1139** <br> **Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **Tanner Retail, LLC** | **PO Box 1139** <br> **Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.9 | **Tanner Ventures LLC** | **PO Box 1139** <br> **Rutherfordton, NC 28139** | **Salem Investment Partners III, LP** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Tanner Companies, LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF NORTH CAROLINA**

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$1,327,935.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$28,773,879.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$35,315,224.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Tanner Companies, LLC** _____   Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.1.   **See attached Exhibit SOFA 3.1** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Salem Investment Partners III, LP**<br><br>**Insider - person in control of debtor** | **Feb 1, 2016 -<br>Jan 27, 2017** | **Unknown** | **During the one-year pre-petition period, Salem advanced $2,579,371 to debtor, debtor repaid $2,261,371 to Salem, and debtor paid interest to Salem of $855,181.65.** |
| 4.2.   **Allison Pell Tanner**<br><br>**Insider** | **Aug 1, 2016** | **$58,546.00** | **Severance payment** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor    **Tanner Companies, LLC**

Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Salem Investment Partners III, LP** | **Foreclosure of certain personal propertly under Uniform Commercial Code; notice of full strict foreclosure given on 1/10/17.** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Catherine Schepis vs. Tanner Companies, LLC 1:15-cv-292** | **Breach of employment contract. Case settled by execution of Settlement Agreement and Release dated May 12, 2016.** | **US District Court, WDNC 401 W. Trade St Charlotte, NC 28202** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. | **CSHV HCG Retail, LLC vs. Tanner Companies, LLC D-1-GN16-482** | **Suit for rent under Shopping Center Lease at Hill Country Galleria, Bee Cave, TX. Settled by execution of Compromise, Settlement & Mutual Release Agreement, effective April 15, 2016.** | **District Court of Travis County, TX Travis County Courthouse PO Box 679003 Austin, TX 78767** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **The Links Foundation** | **Donation of 3% fo warehouse sale of Dec 2 & 3, 2015** | **2/26/16** | **$429.06** |
| | Recipients relationship to debtor | | | |

Debtor    **Tanner Companies, LLC**                                          Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Blue Ridge Community Health Services** | **Donation of 5% fo warehouse sales March 16 & 17, 2016** | **3/28/16** | **$281.90** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Centenary United Methodist Church** | **Donation in memory of Nancy Tanner's mother** | **4/12/16** | **$100.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Grier Furr & Crisp, PA 101 N. Tryon St., Suite 1240 Charlotte, NC 28246** | **Attorney Fees** | **1/13/17** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Finley Group 212 S. Tryon St., Suite 1050 Charlotte, NC 28202** | | | **$20,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Allison Pell Tanner** | | | |

---

Debtor    **Tanner Companies, LLC**    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Finley Group**<br>**212 S. Tryon St., Suite 1050**<br>**Charlotte, NC 28202** | | **During the one year prior to bankruptcy.** | **$160,767.88** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Grier Furr & Crisp, PA**<br>**101 N. Tryon St., Suite 1240**<br>**Charlotte, NC 28246** | **Attorney Fees** | **1/27/17** | **$40,000.00** |
| | Email or website address<br>**jgrier@grierlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **PO Box 1159**<br>**Rutherfordton, NC 28139** | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Tanner Companies, LLC | Case number *(if known)* |
|--------|----------------------|--------------------------|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---------------------------|----------------------------------------------------------------------------------|---------------------------------------------------------------------------|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Personal information from customers**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| **Tanner Companies, LLC Savings and Retirement Plan** | EIN:  **56-1831194** |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|----------------------------------------|---------------------------------|-------------------------------|------------------------------------------------------|------------------------------------------|
| 18.1. | **Wells Fargo** | **XXXX-5580** | ☐ Checking<br>☐ Savings<br>☑ Money Market<br>☐ Brokerage<br>☐ Other___ | **Account never used.** | **$0.00** |

Debtor    **Tanner Companies, LLC**    Case number *(if known)* _____

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.2. | **Branch Banking & Trust** **Mailcode 525-01-01-00** **PO Box 399** **Forest City, NC 28043** | **XXXX-7200** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒<br>Other **Concentrati** **on Account** | | **$0.00** |
| 18.3. | **Branch Banking & Trust** **Mailcode 525-01-01-00** **PO Box 399** **Forest City, NC 28043** | **XXXX-6824** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other **Payroll** **account** | | **$0.00** |
| 18.4. | **Branch Banking & Trust** **Mailcode 525-01-01-00** **PO Box 399** **Forest City, NC 28043** | **XXXX-6832** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other **Checks** **disbursement** | **Account never opened** | **$0.00** |
| 18.5. | **Branch Bank & Trust** **Mailcode 525-01-01-00** **PO Box 399** **Forest City, NC 28043** | **XXXX-6840** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other **ACH** **Direct Deposit** **account** | | **$0.00** |
| 18.6. | **Branch Bank & Trust** **Mailcode 525-01-01-00** **PO Box 399** **Forest City, NC 28043** | **XXXX-6859** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☒ Other **Retail** **merchant** **account** | | **$0.00** |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Tanner Companies, LLC**   Case number *(if known)* _____

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Redwolf Technologies Peak 10 CLT-4 10105 David Taylor Dr Charlotte, NC 28262** | **Selected employees** | **Data center which is primary storage facility of corporate data.** | ☐ No ☒ Yes |

**Part 11:**   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **LaLure** | **Tanner Distribution Center** | **Clothing manufactured and distributed for LaLure** | **$2,000.00** |

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page **8**

Debtor    **Tanner Companies, LLC**                                    Case number *(if known)* _____

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **Tanner International, LLC** | **Holding company** | EIN: **20-5776051**<br>From-To **4/25/06** |
| 25.2. | **Tanner Retail, LLC** | **Retail sales** | EIN: **20-8027307**<br>From-To **9/20/06** |
| 25.3. | **Tanner Holdings, LLC** | | EIN: **76-0744633**<br>From-To **10/23/03** |
| 25.4. | **Tanner Designs, LLC** | **Holding company** | EIN: **No EIN**<br>From-To **5/23/2000** |
| 25.5. | **Tanner Ventures, LLC** | **Holding company** | EIN: **No EIN**<br>From-To **6/29/2000** |
| 25.6. | **Tanner Companies Italia S.r.l.** | **Sources fabric for Tanner Companies** | EIN: **26-1815578**<br>From-To **12/28/07** |
| 25.7. | **Ningbo Tanner Garment Co., Ltd.** | **Manufacturing** | EIN: **No EIN**<br>From-To **7/25/06** |
| 25.8. | **Claridge Resources Limited** | **Manufacturing** | EIN: **No EIN**<br>From-To **5/9/91** |
| 25.9. | **Ningbo Tanner Garment Co. PL** | | EIN:<br>From-To |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Tom Runyon**<br>**111 Annies Circle**<br>**Shelby, NC 28152** | |
| 26a.2. | **Lora Bailey**<br>**130 Corbin Dairy Rd**<br>**Bostic, NC 28018** | |
| 26a.3. | **Sharon Smart**<br>**107 Savannah St**<br>**Spindale, NC 28160** | |

Debtor    **Tanner Companies, LLC**                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.4.  **Beth Head**<br>**163 Morgan St**<br>**Spindale, NC 28160** | |
| 26a.5.  **Judy Privitera**<br>**289 Harmon Rd**<br>**Ellenboro, NC 28040** | |
| 26a.6.  **Amy Lancaster**<br>**368 Honeysuckle Dr**<br>**Rutherfordton, NC 28139** | |
| 26a.7.  **Patty Geer**<br>**227 Tanner St**<br>**Rutherfordton, NC 28139** | |
| 26a.8.  **Manfred Leong**<br>**Renaissance Plaza**<br>**PO Box 2338**<br>**Greensboro, NC 27402-2338** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **GreerWalker**<br>**The Carillon**<br>**227 W Trade St, Suite 1100**<br>**Charlotte, NC 28202** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **GreerWalker**<br>**The Carillon**<br>**227 W Trade St, Suite 1100**<br>**Charlotte, NC 28202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **New Water Capital**<br>**2424 N Federal Hwy #418**<br>**Boca Raton, FL 33431** |
| 26d.2.  **Hale Partnership Capital Management**<br>**5960 Fairview Road, Suite 356**<br>**Charlotte, NC 28210** |
| 26d.3.  **The Finley Group**<br>**212 S. Tryon St., Suite 1050**<br>**Charlotte, NC 28202** |

Debtor    **Tanner Companies, LLC**                                           Case number *(if known)* _____

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Tom Runyun** | **12/31/2015** | **7,513,000; physical inventory** |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | **Debtor** | | |

---

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tanner, Allison Pell** | | **Director, Chief Executive Officer & Member** | **100% of Class C (1,000 units)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tanner, Michael S.** | | **Director, Chairman of the Board, Secretary** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tanner, IV, S. Bobo** | | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tanner Investments, LLC** | | **Manager & member** | **100% of Class A (999,500 units)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **APT Investments, Inc.** | | **Member** | **100% of Class B (500 units)** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Elaine Rudisill** | | **Chief Restructuring Officer** | **0** |

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

---

Debtor    **Tanner Companies, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Manfred Leong** | | **Former Chief Restructuring Officer** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **James T. Tanner** | | **Director** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | **Salem Investment Partners III, LLC** | **During the one year pre-petition period, under its revolver, Salem advanced $2,579,371 to debtor, debtor repaid $2,261,371 to Salem, and debtor paid interest to Salem of $855,181.65.** | **Feb 1, 2016 to Jan 30, 2017** | **Salem Investment Partners III, LLC is identified as an insider because, from at least October 1, 2015 until November 15, 2016, it was a person in control of the debtor.** |
| | Relationship to debtor **Insider** | | | |
| 30.2. | **Allison Pell Tanner** | **$58,546** | **8/1/16** | **Severance pay** |
| | Relationship to debtor **Insider** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Tanner Companies, LLC**                    Case number *(if known)*

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 27, 2017**

**/s/ Elaine T. Rudisill**                                **Elaine T. Rudisill**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|---|---|---|---|
| 11/18/2016 | 1944480 | (YP) AT&T ADVERTISING SOLUTIONS | 19.00 |
| 12/21/2016 | 1944480 | (YP) AT&T ADVERTISING SOLUTIONS | 19.00 |
| | | **(YP) AT&T ADVERTISING SOLUTIONS Total** | 38.00 |
| 1/27/2017 | 1973642 | ABBY LICHTMAN DESIGN LLC | 650.00 |
| | | **ABBY LICHTMAN DESIGN LLC Total** | 650.00 |
| 11/18/2016 | 1969688 | ACE AMERICAN INSURANCE COMPANY | 6,100.25 |
| 12/2/2016 | 1969688 | ACE AMERICAN INSURANCE COMPANY | 6,100.25 |
| | | **ACE AMERICAN INSURANCE COMPANY Total** | 12,200.50 |
| 12/16/2016 | 918001 | ALBATROS SAS | 3,150.00 |
| 1/27/2017 | 918001 | ALBATROS SAS | 4,500.00 |
| | | **ALBATROS SAS Total** | 7,650.00 |
| 11/4/2016 | 900279 | AMERICAN EXPRESS | 10,496.90 |
| 11/10/2016 | 900279 | AMERICAN EXPRESS | 89.76 |
| 11/18/2016 | 900279 | AMERICAN EXPRESS | 1,674.66 |
| 11/23/2016 | 900279 | AMERICAN EXPRESS | 617.24 |
| 12/2/2016 | 900279 | AMERICAN EXPRESS | 4,350.01 |
| 12/9/2016 | 900279 | AMERICAN EXPRESS | 1,277.67 |
| 12/16/2016 | 900279 | AMERICAN EXPRESS | 463.03 |
| 12/21/2016 | 900279 | AMERICAN EXPRESS | 4,916.92 |
| 1/6/2017 | 900279 | AMERICAN EXPRESS | 8,063.83 |
| | | **AMERICAN EXPRESS Total** | 31,950.02 |
| 11/4/2016 | 1963265 | AMERICAN EXPRESS CORPORATE CARD | 150.18 |
| 11/10/2016 | 1963265 | AMERICAN EXPRESS CORPORATE CARD | 204.99 |
| 11/23/2016 | 1963265 | AMERICAN EXPRESS CORPORATE CARD | 8,256.57 |
| 12/2/2016 | 1963265 | AMERICAN EXPRESS CORPORATE CARD | 128.08 |
| 12/16/2016 | 1963265 | AMERICAN EXPRESS CORPORATE CARD | 40.36 |
| 12/21/2016 | 1963265 | AMERICAN EXPRESS CORPORATE CARD | 365.06 |
| | | **AMERICAN EXPRESS CORPORATE CARD Total** | 9,145.24 |
| 11/10/2016 | 1972493 | AmTRUST NORTH AMERICA | 3,567.00 |
| 12/12/2016 | 1972493 | AmTRUST NORTH AMERICA | 3,567.00 |
| 1/10/2017 | 1972493 | AmTRUST NORTH AMERICA | 3,515.00 |
| | | **AmTRUST NORTH AMERICA Total** | 10,649.00 |
| 11/4/2016 | 1923312 | ANDERSON BAUMAN TOURTELLOT VOS & COMPANY | 12,000.00 |
| 11/10/2016 | 1923312 | ANDERSON BAUMAN TOURTELLOT VOS & COMPANY | 22,547.47 |
| 12/21/2016 | 1923312 | ANDERSON BAUMAN TOURTELLOT VOS & COMPANY | 920.33 |
| | | **ANDERSON BAUMAN TOURTELLOT VOS & COMPANY Total** | 35,467.80 |
| 11/4/2016 | 1973020 | ANGELIKA SCHUBERT INC | 2,978.10 |
| | | **ANGELIKA SCHUBERT INC Total** | 2,978.10 |
| 11/23/2016 | 903617 | ANGIE SRL | 136.37 |
| 12/16/2016 | 903617 | ANGIE SRL | 9,441.28 |
| 1/27/2017 | 903617 | ANGIE SRL | 8,469.24 |
| | | **ANGIE SRL Total** | 18,046.89 |
| 10/31/2016 | 1097046 | ANTINORI, SUSAN M | 2,800.00 |
| 12/1/2016 | 1097046 | ANTINORI, SUSAN M | 2,800.00 |
| 1/6/2017 | 1097046 | ANTINORI, SUSAN M | 2,800.00 |
| | | **ANTINORI, SUSAN M Total** | 8,400.00 |
| 11/4/2016 | 900325 | ASSOCIATED PRINTING & SERVICES, INC | 290.89 |
| 11/10/2016 | 900325 | ASSOCIATED PRINTING & SERVICES, INC | 694.25 |
| 11/18/2016 | 900325 | ASSOCIATED PRINTING & SERVICES, INC | 65.38 |
| 12/2/2016 | 900325 | ASSOCIATED PRINTING & SERVICES, INC | 3,268.54 |
| 12/9/2016 | 900325 | ASSOCIATED PRINTING & SERVICES, INC | 463.45 |
| 12/16/2016 | 900325 | ASSOCIATED PRINTING & SERVICES, INC | 331.03 |
| | | **ASSOCIATED PRINTING & SERVICES, INC Total** | 5,113.54 |
| 11/4/2016 | 900382 | AT&T | 578.01 |
| 11/4/2016 | 900382 | AT&T | 229.03 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|---|---|---|---|
| 12/2/2016 | 900382 | AT&T | 587.71 |
| 12/2/2016 | 900382 | AT&T | 229.07 |
| 12/30/2016 | 900382 | AT&T | 229.07 |
| | | **AT&T Total** | 1,852.89 |
| 11/18/2016 | 1086559 | AT&T MOBILITY | 64.05 |
| | | **AT&T MOBILITY Total** | 64.05 |
| 11/23/2016 | 1957043 | AT&T U-VERSE | 50.00 |
| 12/21/2016 | 1957043 | AT&T U-VERSE | 50.00 |
| | | **AT&T U-VERSE Total** | 100.00 |
| 11/4/2016 | 1886853 | ATLANTIC BUSINESS TECHNOLOGIES | 700.00 |
| | | **ATLANTIC BUSINESS TECHNOLOGIES Total** | 700.00 |
| 11/4/2016 | 901037 | ATLANTIC CORPORATION OF WILMINGTON, INC | 225.04 |
| 11/25/2016 | 901037 | ATLANTIC CORPORATION OF WILMINGTON, INC | 517.74 |
| | | **ATLANTIC CORPORATION OF WILMINGTON, INC Total** | 742.78 |
| 11/18/2016 | 1920228 | AVALARA, INC | 250.00 |
| 11/16/2016 | 1920228 | AVALARA, INC | 111,007.35 |
| 12/16/2016 | 1920228 | AVALARA, INC | 89,396.86 |
| | | **AVALARA, INC Total** | 200,654.21 |
| 10/31/2016 | 1938298 | BEST, ROBEY C JR | 3,084.85 |
| 12/1/2016 | 1938298 | BEST, ROBEY C JR | 3,084.85 |
| 1/6/2017 | 1938298 | BEST, ROBEY C JR | 3,084.85 |
| | | **BEST, ROBEY C JR Total** | 9,254.55 |
| 11/23/2016 | 901355 | BH MEDIA GROUP, INC | 1,365.08 |
| 12/16/2016 | 901355 | BH MEDIA GROUP, INC | 2,826.83 |
| | | **BH MEDIA GROUP, INC Total** | 4,191.91 |
| 11/4/2016 | 900414 | BLOWING ROCK  CHAMBER OF COMMERCE, INC | 250.00 |
| | | **BLOWING ROCK  CHAMBER OF COMMERCE, INC Total** | 250.00 |
| 11/4/2016 | 900419 | BLUE RIDGE ELECTRIC MEMB. | 216.11 |
| 11/23/2016 | 900419 | BLUE RIDGE ELECTRIC MEMB. | 153.30 |
| 12/9/2016 | 900419 | BLUE RIDGE ELECTRIC MEMB. | 223.20 |
| 12/21/2016 | 900419 | BLUE RIDGE ELECTRIC MEMB. | 193.95 |
| 1/6/2017 | 900419 | BLUE RIDGE ELECTRIC MEMB. | 326.86 |
| | | **BLUE RIDGE ELECTRIC MEMB. Total** | 1,113.42 |
| 1/6/2017 | 1973570 | BOLORTOLI, BINDERIYA | 397.50 |
| 1/13/2017 | 1973570 | BOLORTOLI, BINDERIYA | 180.00 |
| | | **BOLORTOLI, BINDERIYA Total** | 577.50 |
| 12/2/2016 | 1973136 | BONOTTO, s.p.a. | 942.47 |
| 12/2/2016 | 1973136 | BONOTTO, s.p.a. | 1,504.30 |
| 1/27/2017 | 1973136 | BONOTTO, s.p.a. | 1,198.93 |
| | | **BONOTTO, s.p.a. Total** | 3,645.70 |
| 1/6/2017 | 1921754 | BOTTONIFICIO LA PERLA SAS | 465.30 |
| 1/27/2017 | 1921754 | BOTTONIFICIO LA PERLA SAS | 469.30 |
| | | **BOTTONIFICIO LA PERLA SAS Total** | 934.60 |
| 11/18/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 423.95 |
| 11/18/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 85.60 |
| 11/18/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 343.26 |
| 11/18/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 41.22 |
| 11/18/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 68.25 |
| 12/21/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 443.03 |
| 12/21/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 85.60 |
| 12/21/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 41.22 |
| 12/21/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 370.82 |
| 12/21/2016 | 1009870 | BROAD RIVER WATER AUTHORITY | 75.25 |
| | | **BROAD RIVER WATER AUTHORITY Total** | 1,978.20 |
| 12/21/2016 | 900461 | BUNCOMBE COUNTY TAX COLLECTOR | 27.33 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|---|---|---|---|
| | | **BUNCOMBE COUNTY TAX COLLECTOR Total** | 27.33 |
| 11/4/2016 | 1957254 | BYRNE ACQUISITION GROUP LLC DBA WHHI-TV | 300.00 |
| 12/2/2016 | 1957254 | BYRNE ACQUISITION GROUP LLC DBA WHHI-TV | 300.00 |
| | | **BYRNE ACQUISITION GROUP LLC DBA WHHI-TV Total** | 600.00 |
| 11/4/2016 | 1973023 | C S DIGITAL INC | 726.00 |
| | | **C S DIGITAL INC Total** | 726.00 |
| 10/31/2016 | 901858 | CA STATE BOARD OF EQUALIZATION | 19,285.00 |
| 11/23/2016 | 901858 | CA STATE BOARD OF EQUALIZATION | 22,190.00 |
| 12/27/2016 | 901858 | CA STATE BOARD OF EQUALIZATION | 12,734.00 |
| | | **CA STATE BOARD OF EQUALIZATION Total** | 54,209.00 |
| 10/31/2016 | 1051325 | CALIFORNIA SECRETARY OF STATE | 30.00 |
| 1/23/2017 | 1051325 | CALIFORNIA SECRETARY OF STATE | (30.00) |
| | | **CALIFORNIA SECRETARY OF STATE Total** | - |
| 1/27/2017 | 1967572 | CAPPS, SHERI | 600.77 |
| | | **CAPPS, SHERI Total** | 600.77 |
| 11/23/2016 | 1051183 | CAROLINA CONTAINER | 1,231.86 |
| 12/9/2016 | 1051183 | CAROLINA CONTAINER | 1,273.23 |
| 12/16/2016 | 1051183 | CAROLINA CONTAINER | 2,567.70 |
| | | **CAROLINA CONTAINER Total** | 5,072.79 |
| 12/2/2016 | 1922945 | CAROLINA RETAIL PACKAGING INC | 109.35 |
| 12/21/2016 | 1922945 | CAROLINA RETAIL PACKAGING INC | 630.02 |
| 1/6/2017 | 1922945 | CAROLINA RETAIL PACKAGING INC | 127.01 |
| | | **CAROLINA RETAIL PACKAGING INC Total** | 866.38 |
| 11/10/2016 | 900505 | CAROLINA WATER SERVICE INC OF NC | 67.80 |
| 12/9/2016 | 900505 | CAROLINA WATER SERVICE INC OF NC | 82.59 |
| | | **CAROLINA WATER SERVICE INC OF NC Total** | 150.39 |
| 11/4/2016 | 1967178 | CERTIFY, INC | 400.00 |
| 12/2/2016 | 1967178 | CERTIFY, INC | 400.00 |
| 1/6/2017 | 1967178 | CERTIFY, INC | 400.00 |
| 1/25/2017 | 1967178 | CERTIFY, INC | 400.00 |
| | | **CERTIFY, INC Total** | 1,600.00 |
| 11/10/2016 | 1964235 | CHARTER COMMUNICATIONS HOLDING COMPANY LLC | 134.97 |
| 11/18/2016 | 1964235 | CHARTER COMMUNICATIONS HOLDING COMPANY LLC | 250.96 |
| 12/9/2016 | 1964235 | CHARTER COMMUNICATIONS HOLDING COMPANY LLC | 139.97 |
| 12/16/2016 | 1964235 | CHARTER COMMUNICATIONS HOLDING COMPANY LLC | 255.96 |
| | | **CHARTER COMMUNICATIONS HOLDING COMPANY LLC Total** | 781.86 |
| 11/23/2016 | 1970694 | CHH INVESTMENTS, INC | 540.00 |
| 12/27/2016 | 1970694 | CHH INVESTMENTS, INC | 540.00 |
| | | **CHH INVESTMENTS, INC Total** | 1,080.00 |
| 12/2/2016 | 902756 | CHUNG, JONGHEE P | 110.00 |
| | | **CHUNG, JONGHEE P Total** | 110.00 |
| 12/21/2016 | 900548 | CITY OF ALEXANDER CITY, AL | 62.00 |
| | | **CITY OF ALEXANDER CITY, AL Total** | 62.00 |
| 12/2/2016 | 900555 | CITY OF AURORA | 24.00 |
| | | **CITY OF AURORA Total** | 24.00 |
| 12/16/2016 | 900556 | CITY OF BIRMINGHAM AL | 120.00 |
| | | **CITY OF BIRMINGHAM AL Total** | 120.00 |
| 12/21/2016 | 1957145 | CITY OF CALERA | 110.00 |
| | | **CITY OF CALERA Total** | 110.00 |
| 12/16/2016 | 1965536 | CITY OF DOTHAN, AL | 112.00 |
| | | **CITY OF DOTHAN, AL Total** | 112.00 |
| 12/21/2016 | 900547 | CITY OF HUNTSVILLE, AL | 264.47 |
| | | **CITY OF HUNTSVILLE, AL Total** | 264.47 |
| 12/21/2016 | 1901104 | CITY OF JASPER | 112.00 |
| | | **CITY OF JASPER Total** | 112.00 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|----------------|------|--------|
| 12/9/2016 | 962900 | CITY OF LOVELAND | 20.00 |
| | | **CITY OF LOVELAND Total** | 20.00 |
| 12/16/2016 | 900585 | CITY OF MOUNTAIN BROOK, AL | 249.66 |
| | | **CITY OF MOUNTAIN BROOK, AL Total** | 249.66 |
| 12/16/2016 | 1957615 | CITY OF RAINSVILLE | 87.00 |
| | | **CITY OF RAINSVILLE Total** | 87.00 |
| 12/16/2016 | 900598 | CITY OF SEATTLE, WA | 55.00 |
| | | **CITY OF SEATTLE, WA Total** | 55.00 |
| 11/4/2016 | 901268 | CITY OF SNOHOMISH, WA | 25.00 |
| | | **CITY OF SNOHOMISH, WA Total** | 25.00 |
| 12/21/2016 | 900601 | CITY OF TROY, AL | 50.00 |
| | | **CITY OF TROY, AL Total** | 50.00 |
| 11/21/2016 | 900608 | CLARIDGE RESOURCES LTD. | 29,886.37 |
| 11/29/2016 | 900608 | CLARIDGE RESOURCES LTD. | 43,592.37 |
| 12/19/2016 | 900608 | CLARIDGE RESOURCES LTD. | 16,205.37 |
| 12/27/2016 | 900608 | CLARIDGE RESOURCES LTD. | 89,257.37 |
| | | **CLARIDGE RESOURCES LTD. Total** | 178,941.48 |
| 11/10/2016 | 900616 | CLEGG'S TERMITE & PEST CONTROL, LLC | 35.00 |
| 11/18/2016 | 900616 | CLEGG'S TERMITE & PEST CONTROL, LLC | 35.00 |
| 12/23/2016 | 900616 | CLEGG'S TERMITE & PEST CONTROL, LLC | 35.00 |
| | | **CLEGG'S TERMITE & PEST CONTROL, LLC Total** | 105.00 |
| 11/10/2016 | 1971761 | COMCAST | 220.90 |
| 12/9/2016 | 1971761 | COMCAST | 220.90 |
| | | **COMCAST Total** | 441.80 |
| 12/2/2016 | 900915 | COMMUNITY NEWSPAPERS, INC | 1,070.30 |
| | | **COMMUNITY NEWSPAPERS, INC Total** | 1,070.30 |
| 10/31/2016 | 1971558 | CONSTELLATION BRANDS US OPERATIONS, INC | 7,290.17 |
| 12/1/2016 | 1971558 | CONSTELLATION BRANDS US OPERATIONS, INC | 7,290.17 |
| 1/6/2017 | 1971558 | CONSTELLATION BRANDS US OPERATIONS, INC | 7,290.17 |
| | | **CONSTELLATION BRANDS US OPERATIONS, INC Total** | 21,870.51 |
| 11/23/2016 | 1969482 | CONTINENTAL COLLECTION (HK) LIMITED | 72.70 |
| | | **CONTINENTAL COLLECTION (HK) LIMITED Total** | 72.70 |
| 11/10/2016 | 902761 | COOLEY, ELLYN M | 389.90 |
| 12/2/2016 | 902761 | COOLEY, ELLYN M | 103.49 |
| 12/16/2016 | 902761 | COOLEY, ELLYN M | 307.77 |
| 1/6/2017 | 902761 | COOLEY, ELLYN M | 343.43 |
| 1/27/2017 | 902761 | COOLEY, ELLYN M | 665.28 |
| | | **COOLEY, ELLYN M Total** | 1,809.87 |
| 11/4/2016 | 900693 | CREATIVE SIGN SERVICE INC | 790.00 |
| 11/18/2016 | 900693 | CREATIVE SIGN SERVICE INC | 400.00 |
| 12/2/2016 | 900693 | CREATIVE SIGN SERVICE INC | 790.00 |
| 12/9/2016 | 900693 | CREATIVE SIGN SERVICE INC | 400.00 |
| | | **CREATIVE SIGN SERVICE INC Total** | 2,380.00 |
| 11/18/2016 | 1940146 | CREEKSIDE ELECTRONICS INC | 20.00 |
| 12/16/2016 | 1940146 | CREEKSIDE ELECTRONICS INC | 20.00 |
| | | **CREEKSIDE ELECTRONICS INC Total** | 40.00 |
| 11/23/2016 | 1971571 | DELFI, S.r.L. | 214.44 |
| | | **DELFI, S.r.L. Total** | 214.44 |
| 12/2/2016 | 900741 | DESIGN ONE, INC | 12,043.00 |
| | | **DESIGN ONE, INC Total** | 12,043.00 |
| 11/4/2016 | 900749 | DHL EXPRESS USA INC | 36.00 |
| 12/2/2016 | 900749 | DHL EXPRESS USA INC | 36.00 |
| 1/17/2017 | 900749 | DHL EXPRESS USA INC | 72.00 |
| | | **DHL EXPRESS USA INC Total** | 144.00 |
| 12/2/2016 | 901721 | DLP RUTHERFORD PHYSICIAN PRACTICES, LLC | 575.00 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|---------------|------|--------|
| | | **DLP RUTHERFORD PHYSICIAN PRACTICES, LLC Total** | 575.00 |
| 11/10/2016 | 1925308 | DOBERT | 4,179.33 |
| | | **DOBERT Total** | 4,179.33 |
| 12/16/2016 | 1882692 | DUFFIE'S COPIER CONSULTANTS | 48.57 |
| 12/21/2016 | 1882692 | DUFFIE'S COPIER CONSULTANTS | 246.97 |
| | | **DUFFIE'S COPIER CONSULTANTS Total** | 295.54 |
| 11/18/2016 | 900688 | DUKE  ENERGY PROGRESS | 418.55 |
| 1/6/2017 | 900688 | DUKE  ENERGY PROGRESS | 270.89 |
| | | **DUKE  ENERGY PROGRESS Total** | 689.44 |
| 11/4/2016 | 900071 | DUKE ENERGY | 275.64 |
| 11/23/2016 | 900071 | DUKE ENERGY | 1,599.05 |
| 11/23/2016 | 900071 | DUKE ENERGY | 1,370.03 |
| 11/23/2016 | 900071 | DUKE ENERGY | 828.12 |
| 11/23/2016 | 900071 | DUKE ENERGY | 84.59 |
| 11/23/2016 | 900071 | DUKE ENERGY | 56.51 |
| 11/23/2016 | 900071 | DUKE ENERGY | 30.55 |
| 11/23/2016 | 900071 | DUKE ENERGY | 125.81 |
| 11/23/2016 | 900071 | DUKE ENERGY | 35.26 |
| 11/23/2016 | 900071 | DUKE ENERGY | 65.64 |
| 11/23/2016 | 900071 | DUKE ENERGY | 287.69 |
| 11/23/2016 | 900071 | DUKE ENERGY | 50.59 |
| 11/23/2016 | 900071 | DUKE ENERGY | 37.23 |
| 12/9/2016 | 900071 | DUKE ENERGY | 187.55 |
| 12/30/2016 | 900071 | DUKE ENERGY | 2,122.69 |
| 12/30/2016 | 900071 | DUKE ENERGY | 139.42 |
| 12/30/2016 | 900071 | DUKE ENERGY | 67.77 |
| 12/30/2016 | 900071 | DUKE ENERGY | 51.09 |
| 12/30/2016 | 900071 | DUKE ENERGY | 287.69 |
| 12/30/2016 | 900071 | DUKE ENERGY | 1,929.68 |
| 12/30/2016 | 900071 | DUKE ENERGY | 65.64 |
| 12/30/2016 | 900071 | DUKE ENERGY | 37.23 |
| 12/30/2016 | 900071 | DUKE ENERGY | 56.51 |
| 12/30/2016 | 900071 | DUKE ENERGY | 31.04 |
| 12/30/2016 | 900071 | DUKE ENERGY | 1,288.87 |
| 12/30/2016 | 900071 | DUKE ENERGY | 115.42 |
| | | **DUKE ENERGY Total** | 11,227.31 |
| 12/2/2016 | 901133 | EASTCOAST NEWSPAPERS, INC | 870.05 |
| | | **EASTCOAST NEWSPAPERS, INC Total** | 870.05 |
| 11/4/2016 | 1972020 | EDGINTON, CATHERINE | 400.00 |
| 12/16/2016 | 1972020 | EDGINTON, CATHERINE | 55.66 |
| 1/27/2017 | 1972020 | EDGINTON, CATHERINE | 57.08 |
| | | **EDGINTON, CATHERINE Total** | 512.74 |
| 1/6/2017 | 1921756 | EDICATE BUTTON AND GARMENT | 279.28 |
| 11/10/2016 | 1921756 | EDICATE BUTTON AND GARMENT | 418.00 |
| 12/9/2016 | 1921756 | EDICATE BUTTON AND GARMENT | 549.80 |
| 12/16/2016 | 1921756 | EDICATE BUTTON AND GARMENT | 210.00 |
| 1/27/2017 | 1921756 | EDICATE BUTTON AND GARMENT | 1,649.51 |
| | | **EDICATE BUTTON AND GARMENT Total** | 3,106.59 |
| 12/5/2016 | 904599 | EFILAN SRL | 9,804.38 |
| 12/9/2016 | 904599 | EFILAN SRL | 301.73 |
| 1/6/2017 | 904599 | EFILAN SRL | 134.37 |
| 1/27/2017 | 904599 | EFILAN SRL | 201.24 |
| | | **EFILAN SRL Total** | 10,441.72 |
| 11/23/2016 | 1972437 | EMC INSURANCE COMPANIES | 2,877.88 |
| 12/21/2016 | 1972437 | EMC INSURANCE COMPANIES | 2,878.00 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|----------------|------|--------|
| | | **EMC INSURANCE COMPANIES Total** | 5,755.88 |
| 1/27/2017 | 1972910 | EMSIG MANUFACTURING CORP | 114.57 |
| | | **EMSIG MANUFACTURING CORP Total** | 114.57 |
| 11/18/2016 | 1953206 | E-POLK INC | 1,030.00 |
| 12/23/2016 | 1953206 | E-POLK INC | 1,030.00 |
| 1/25/2017 | 1953206 | E-POLK INC | 1,030.00 |
| | | **E-POLK INC Total** | 3,090.00 |
| 12/9/2016 | 902987 | EUROPA | 31,782.20 |
| 12/16/2016 | 902987 | EUROPA | 12,774.62 |
| 1/27/2017 | 902987 | EUROPA | 25,747.63 |
| | | **EUROPA Total** | 70,304.45 |
| 12/5/2016 | 1970724 | FABRIC LAB ITALY s.r.l | 119.86 |
| | | **FABRIC LAB ITALY s.r.l Total** | 119.86 |
| 11/18/2016 | 1920857 | FAIRWAY OUTDOOR FUNDING, LLC | 1,000.00 |
| 12/16/2016 | 1920857 | FAIRWAY OUTDOOR FUNDING, LLC | 1,000.00 |
| | | **FAIRWAY OUTDOOR FUNDING, LLC Total** | 2,000.00 |
| 11/4/2016 | 1866582 | FASHION FRONT KNITWEAR | 46,628.60 |
| 11/4/2016 | 1866582 | FASHION FRONT KNITWEAR | 2,136.90 |
| 11/18/2016 | 1866582 | FASHION FRONT KNITWEAR | 13,348.80 |
| 11/18/2016 | 1866582 | FASHION FRONT KNITWEAR | 3,357.90 |
| 11/23/2016 | 1866582 | FASHION FRONT KNITWEAR | 1,541.10 |
| 12/5/2016 | 1866582 | FASHION FRONT KNITWEAR | 13,034.74 |
| 12/16/2016 | 1866582 | FASHION FRONT KNITWEAR | 49,294.45 |
| 1/6/2017 | 1866582 | FASHION FRONT KNITWEAR | 30,227.66 |
| 1/27/2017 | 1866582 | FASHION FRONT KNITWEAR | 135,873.73 |
| | | **FASHION FRONT KNITWEAR Total** | 295,443.88 |
| 12/16/2016 | 900859 | FAST WAY OIL CHANGE | 30.00 |
| | | **FAST WAY OIL CHANGE Total** | 30.00 |
| 11/23/2016 | 1921728 | FEDERAL REALTY INVESTMENT TRUST | 9,224.39 |
| 12/27/2016 | 1921728 | FEDERAL REALTY INVESTMENT TRUST | 9,545.22 |
| | | **FEDERAL REALTY INVESTMENT TRUST Total** | 18,769.61 |
| 11/10/2016 | 900868 | FIDELITY INVESTMENTS | 906.29 |
| 12/16/2016 | 900868 | FIDELITY INVESTMENTS | 855.95 |
| 1/19/2017 | 900868 | FIDELITY INVESTMENTS | 1,602.77 |
| | | **FIDELITY INVESTMENTS Total** | 3,365.01 |
| 11/4/2016 | 901689 | FIREFLY STORE SOLUTIONS | 183.37 |
| 11/10/2016 | 901689 | FIREFLY STORE SOLUTIONS | 264.50 |
| 12/9/2016 | 901689 | FIREFLY STORE SOLUTIONS | 92.27 |
| | | **FIREFLY STORE SOLUTIONS Total** | 540.14 |
| 12/2/2016 | 904855 | FORD MODELS, INC | 2,471.08 |
| | | **FORD MODELS, INC Total** | 2,471.08 |
| 11/10/2016 | 900322 | GANNETT GP MEDIA, INC | 1,200.00 |
| 12/9/2016 | 900322 | GANNETT GP MEDIA, INC | 3,400.00 |
| | | **GANNETT GP MEDIA, INC Total** | 4,600.00 |
| 12/2/2016 | 900981 | GANNETT PACIFIC CORPORATION | 814.75 |
| | | **GANNETT PACIFIC CORPORATION Total** | 814.75 |
| 12/2/2016 | 1858749 | GEORGIA POWER | 312.10 |
| 12/2/2016 | 1858749 | GEORGIA POWER | 25.71 |
| 12/21/2016 | 1858749 | GEORGIA POWER | 440.64 |
| 12/21/2016 | 1858749 | GEORGIA POWER | 24.13 |
| | | **GEORGIA POWER Total** | 802.58 |
| 1/27/2017 | 900945 | GERMACK, GARTH | 6,836.28 |
| | | **GERMACK, GARTH Total** | 6,836.28 |
| 11/18/2016 | 1937723 | GRAY SHARON | 106.75 |
| | | **GRAY SHARON Total** | 106.75 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|------|------|------|
| 1/6/2017 | 1970166 | GREAT AMERICAN INSURANCE CO | 2,763.00 |
|  |  | **GREAT AMERICAN INSURANCE CO Total** | 2,763.00 |
| 11/18/2016 | 1955712 | GREEN WASTE MALL SERVICES | 61.20 |
| 12/16/2016 | 1955712 | GREEN WASTE MALL SERVICES | 61.20 |
|  |  | **GREEN WASTE MALL SERVICES Total** | 122.40 |
| 1/12/2017 | 1973593 | GRIER FURR & CRISP, PA | 15,000.00 |
| 1/27/2017 | 1973593 | GRIER FURR & CRISP, PA | 40,000.00 |
|  |  | **GRIER FURR & CRISP, PA Total** | 55,000.00 |
| 12/14/2016 | 900984 | GRINNELL DESIGNS LTD. | 2,640.00 |
|  |  | **GRINNELL DESIGNS LTD. Total** | 2,640.00 |
| 11/10/2016 | 1932611 | GRUPPO DONDI SPA | 4,206.95 |
|  |  | **GRUPPO DONDI SPA Total** | 4,206.95 |
| 11/18/2016 | 901777 | HALIFAX MEDIA HOLDINGS LLC | 800.00 |
| 12/16/2016 | 901777 | HALIFAX MEDIA HOLDINGS LLC | 842.50 |
|  |  | **HALIFAX MEDIA HOLDINGS LLC Total** | 1,642.50 |
| 11/10/2016 | 901007 | HARGRAY COMMUNICATIONS GROUP | 198.00 |
| 12/2/2016 | 901007 | HARGRAY COMMUNICATIONS GROUP | 199.00 |
| 1/27/2017 | 901007 | HARGRAY COMMUNICATIONS GROUP | 198.00 |
|  |  | **HARGRAY COMMUNICATIONS GROUP Total** | 595.00 |
| 11/23/2016 | 1949584 | HART TC I-III, LLC | 4,353.67 |
| 12/21/2016 | 1949584 | HART TC I-III, LLC | 212.26 |
| 12/27/2016 | 1949584 | HART TC I-III, LLC | 4,428.59 |
|  |  | **HART TC I-III, LLC Total** | 8,994.52 |
| 11/4/2016 | 1878236 | HIGH COUNTRY  PRESS | 350.00 |
|  |  | **HIGH COUNTRY  PRESS Total** | 350.00 |
| 11/4/2016 | 901424 | HIGH COUNTRY MEDIA, LLC | 1,462.30 |
| 12/9/2016 | 901424 | HIGH COUNTRY MEDIA, LLC | 780.60 |
|  |  | **HIGH COUNTRY MEDIA, LLC Total** | 2,242.90 |
| 11/4/2016 | 1966649 | HILTON HEAD MONTHLY | 485.00 |
|  |  | **HILTON HEAD MONTHLY Total** | 485.00 |
| 12/2/2016 | 1965473 | HILTON HEAD SYMPONY ORCHESTRA, INC | 300.00 |
|  |  | **HILTON HEAD SYMPONY ORCHESTRA, INC Total** | 300.00 |
| 11/4/2016 | 1973026 | HOLLIS TODD | 700.00 |
|  |  | **HOLLIS TODD Total** | 700.00 |
| 11/4/2016 | 1939396 | HURST HEATING & AIR | 163.40 |
| 12/9/2016 | 1939396 | HURST HEATING & AIR | 163.40 |
|  |  | **HURST HEATING & AIR Total** | 326.80 |
| 11/18/2016 | 1969624 | IMAGEMARK BUSINESS SERVICES, INC | 2,822.50 |
|  |  | **IMAGEMARK BUSINESS SERVICES, INC Total** | 2,822.50 |
| 11/4/2016 | 1934232 | INK4, INC | 3,143.28 |
| 12/9/2016 | 1934232 | INK4, INC | 13,167.71 |
|  |  | **INK4, INC Total** | 16,310.99 |
| 11/4/2016 | 1945758 | INVENIO | 2,687.87 |
| 12/16/2016 | 1945758 | INVENIO | 7,502.96 |
| 12/21/2016 | 1945758 | INVENIO | 214.80 |
| 1/27/2017 | 1945758 | INVENIO | 18,467.16 |
|  |  | **INVENIO Total** | 28,872.79 |
| 11/10/2016 | 1874015 | INWOOL JERSEY SRL | 7,224.65 |
| 1/27/2017 | 1874015 | INWOOL JERSEY SRL | 7,052.46 |
|  |  | **INWOOL JERSEY SRL Total** | 14,277.11 |
| 11/10/2016 | 1973094 | IT MODEL MANAGEMENT | 1,200.00 |
|  |  | **IT MODEL MANAGEMENT Total** | 1,200.00 |
| 11/18/2016 | 1970649 | JOHNSON CITY PUBLISHING CORPORATION | 675.00 |
| 12/21/2016 | 1970649 | JOHNSON CITY PUBLISHING CORPORATION | 1,355.00 |
|  |  | **JOHNSON CITY PUBLISHING CORPORATION Total** | 2,030.00 |

TANNER
EXHIBIT SOFA 3.1

| Date | Vendor account | Name | Amount |
|------|----------------|------|--------|
| 12/21/2016 | 1941875 | KIRKLEY, KENNETH | 495.50 |
| | | **KIRKLEY, KENNETH Total** | 495.50 |
| 11/23/2016 | 1928223 | KNOXVILLE NEWS SENTINEL | 550.00 |
| 12/21/2016 | 1928223 | KNOXVILLE NEWS SENTINEL | 1,299.99 |
| | | **KNOXVILLE NEWS SENTINEL Total** | 1,849.99 |
| 12/21/2016 | 1898602 | KROY LLC | 164.32 |
| | | **KROY LLC Total** | 164.32 |
| 11/4/2016 | 1860259 | L.A. MODELS INC | 979.38 |
| | | **L.A. MODELS INC Total** | 979.38 |
| 11/23/2016 | 1941861 | LAKE NORMAN SECURITY PATROL INC | 162.00 |
| | | **LAKE NORMAN SECURITY PATROL INC Total** | 162.00 |
| 11/23/2016 | 1916408 | LANIFICIO DI SORDEVOLO | 3,836.95 |
| 12/5/2016 | 1916408 | LANIFICIO DI SORDEVOLO | 2,309.31 |
| 12/9/2016 | 1916408 | LANIFICIO DI SORDEVOLO | 1,625.07 |
| 1/27/2017 | 1916408 | LANIFICIO DI SORDEVOLO | 4,765.49 |
| | | **LANIFICIO DI SORDEVOLO Total** | 12,536.82 |
| 11/18/2016 | 1973386 | LA-TEA-DA'S, INC | 474.45 |
| 11/23/2016 | 1973386 | LA-TEA-DA'S, INC | 1,423.36 |
| | | **LA-TEA-DA'S, INC Total** | 1,897.81 |
| 1/27/2017 | 1932610 | LEATHERTEX SRL | 819.47 |
| | | **LEATHERTEX SRL Total** | 819.47 |
| 11/3/2016 | 1966322 | LEI, XU CHUN | 4,875.00 |
| 12/1/2016 | 1966322 | LEI, XU CHUN | 4,875.00 |
| 1/6/2017 | 1966322 | LEI, XU CHUN | 4,875.00 |
| | | **LEI, XU CHUN Total** | 14,625.00 |
| 1/27/2017 | 1973037 | LEIGHTON ENTERPRISES, LLC | 2,725.00 |
| | | **LEIGHTON ENTERPRISES, LLC Total** | 2,725.00 |
| 11/4/2016 | 1927848 | LENOIR CITY UTILITIES BOARD | 259.29 |
| 12/2/2016 | 1927848 | LENOIR CITY UTILITIES BOARD | 247.57 |
| 12/30/2016 | 1927848 | LENOIR CITY UTILITIES BOARD | 213.04 |
| | | **LENOIR CITY UTILITIES BOARD Total** | 719.90 |
| 12/16/2016 | 1960873 | LEWIS, JUNE | 309.37 |
| | | **LEWIS, JUNE Total** | 309.37 |
| 1/6/2017 | 1971722 | LOUKA, EFTHALIA C | 500.00 |
| | | **LOUKA, EFTHALIA C Total** | 500.00 |
| 11/10/2016 | 1973076 | LOWES, SEAN P | 4,445.29 |
| | | **LOWES, SEAN P Total** | 4,445.29 |
| 12/16/2016 | 1971693 | LULU BEAUTY LOUNGE | 2,230.00 |
| | | **LULU BEAUTY LOUNGE Total** | 2,230.00 |
| 12/2/2016 | 1904024 | MAILFINANCE INC | 648.13 |
| 12/16/2016 | 1904024 | MAILFINANCE INC | 143.91 |
| 1/6/2017 | 1904024 | MAILFINANCE INC | 648.13 |
| | | **MAILFINANCE INC Total** | 1,440.17 |
| 12/5/2016 | 1967741 | MANIFATTURE TESSILI BIANCHI & C. S.R.L. | 27,122.54 |
| 1/27/2017 | 1967741 | MANIFATTURE TESSILI BIANCHI & C. S.R.L. | 3,125.34 |
| | | **MANIFATTURE TESSILI BIANCHI & C. S.R.L. Total** | 30,247.88 |
| 11/25/2016 | 1971705 | MARBLE, HILLARY | 163.22 |
| 1/6/2017 | 1971705 | MARBLE, HILLARY | 316.12 |
| | | **MARBLE, HILLARY Total** | 479.34 |
| 11/4/2016 | 1973024 | McGUIRE, NATALIE | 1,400.00 |
| | | **McGUIRE, NATALIE Total** | 1,400.00 |
| 11/4/2016 | 1972374 | MCNEAL, MONICA | 5,000.00 |
| | | **MCNEAL, MONICA Total** | 5,000.00 |
| 11/23/2016 | 1962875 | MERCET GROUP, LLC | 1,300.00 |
| 12/27/2016 | 1962875 | MERCET GROUP, LLC | 1,300.00 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|---------------|------|--------|
| | | **MERCET GROUP, LLC Total** | 2,600.00 |
| 1/19/2017 | 1937793 | MERITAIN HEALTH | 11,741.38 |
| 11/9/2016 | 1937793 | MERITAIN HEALTH | 7,405.56 |
| 11/11/2016 | 1937793 | MERITAIN HEALTH | 6,240.75 |
| 11/15/2016 | 1937793 | MERITAIN HEALTH | 6,000.71 |
| 11/18/2016 | 1937793 | MERITAIN HEALTH | 13,442.69 |
| 11/22/2016 | 1937793 | MERITAIN HEALTH | 35,803.91 |
| 12/1/2016 | 1937793 | MERITAIN HEALTH | 16,565.59 |
| 12/6/2016 | 1937793 | MERITAIN HEALTH | 22,702.40 |
| 12/13/2016 | 1937793 | MERITAIN HEALTH | 19,375.13 |
| 12/16/2016 | 1937793 | MERITAIN HEALTH | 11,270.97 |
| 12/16/2016 | 1937793 | MERITAIN HEALTH | 33,448.79 |
| 12/20/2016 | 1937793 | MERITAIN HEALTH | 8,355.38 |
| 12/28/2016 | 1937793 | MERITAIN HEALTH | 22,371.88 |
| 12/30/2016 | 1937793 | MERITAIN HEALTH | 2,499.47 |
| 1/10/2017 | 1937793 | MERITAIN HEALTH | 516.13 |
| 1/23/2017 | 1937793 | MERITAIN HEALTH | 1,385.45 |
| | | **MERITAIN HEALTH Total** | 219,126.19 |
| 12/2/2016 | 1075600 | MI STATE OF MICHIGAN | 25.00 |
| | | **MI STATE OF MICHIGAN Total** | 25.00 |
| 11/25/2016 | 1913142 | MICROSOFT CORPORATION | 2,038.36 |
| | | **MICROSOFT CORPORATION Total** | 2,038.36 |
| 11/23/2016 | 903144 | MILIOR SPA | 63.69 |
| 1/27/2017 | 903144 | MILIOR SPA | 96.99 |
| | | **MILIOR SPA Total** | 160.68 |
| 12/21/2016 | 1973549 | MILLER, RENEE B | 81.40 |
| | | **MILLER, RENEE B Total** | 81.40 |
| 11/18/2016 | 1969052 | MORRISON, JOSHUA LADD | 1,000.00 |
| 12/16/2016 | 1969052 | MORRISON, JOSHUA LADD | 1,000.00 |
| 1/6/2017 | 1969052 | MORRISON, JOSHUA LADD | 1,000.00 |
| | | **MORRISON, JOSHUA LADD Total** | 3,000.00 |
| 11/18/2016 | 1972034 | MORROW INSURANCE AGENCY, INC | 250.00 |
| | | **MORROW INSURANCE AGENCY, INC Total** | 250.00 |
| 11/4/2016 | 901399 | MSA MODELS | 700.00 |
| 11/18/2016 | 901399 | MSA MODELS | 420.00 |
| 11/25/2016 | 901399 | MSA MODELS | 2,795.00 |
| 12/2/2016 | 901399 | MSA MODELS | 150.00 |
| 12/16/2016 | 901399 | MSA MODELS | 300.00 |
| | | **MSA MODELS Total** | 4,365.00 |
| 11/25/2016 | 1862050 | MUTUAL OF OMAHA | 3,902.98 |
| 12/16/2016 | 1862050 | MUTUAL OF OMAHA | 3,891.98 |
| 1/20/2017 | 1862050 | MUTUAL OF OMAHA | 3,787.27 |
| | | **MUTUAL OF OMAHA Total** | 11,582.23 |
| 11/23/2016 | 1928719 | MUZAK- SOUTH CENTRAL | 53.45 |
| 12/21/2016 | 1928719 | MUZAK- SOUTH CENTRAL | 53.45 |
| | | **MUZAK- SOUTH CENTRAL Total** | 106.90 |
| 11/4/2016 | 901901 | MUZAK, LLC dba MOOD | 258.98 |
| 12/9/2016 | 901901 | MUZAK, LLC dba MOOD | 258.98 |
| 1/6/2017 | 901901 | MUZAK, LLC dba MOOD | 258.98 |
| | | **MUZAK, LLC dba MOOD Total** | 776.94 |
| 12/5/2016 | 1966558 | NALYA S.p.A. | 3,259.20 |
| 1/27/2017 | 1966558 | NALYA S.p.A. | 244.89 |
| | | **NALYA S.p.A. Total** | 3,504.09 |
| 11/23/2016 | 1968722 | NATIONAL LIFE REAL ESTATE HOLDINGS, LLC | 1,392.23 |
| 12/27/2016 | 1968722 | NATIONAL LIFE REAL ESTATE HOLDINGS, LLC | 1,392.23 |

TANNER
EXHIBIT SOFA 3.1

| Date | Vendor account | Name | Amount |
|------|---------------|------|--------|
| | | **NATIONAL LIFE REAL ESTATE HOLDINGS, LLC Total** | 2,784.46 |
| 11/18/2016 | 1914392 | NATIONAL OSTEOPOROSIS FOUNDATION | 10.00 |
| 12/2/2016 | 1914392 | NATIONAL OSTEOPOROSIS FOUNDATION | 10.00 |
| | | **NATIONAL OSTEOPOROSIS FOUNDATION Total** | 20.00 |
| 11/21/2016 | 901495 | NC NORTH CAROLINA DEPT OF REVENUE | 27,313.43 |
| 12/20/2016 | 901495 | NC NORTH CAROLINA DEPT OF REVENUE | 27,765.59 |
| | | **NC NORTH CAROLINA DEPT OF REVENUE Total** | 55,079.02 |
| 11/10/2016 | 1913837 | NC DIVISION OF MOTOR VEHICLES | 50.99 |
| 12/16/2016 | 1913837 | NC DIVISION OF MOTOR VEHICLES | 76.00 |
| | | **NC DIVISION OF MOTOR VEHICLES Total** | 126.99 |
| 11/10/2016 | 1954340 | NESTLE WATERS NORTH AMERICA | 44.18 |
| 1/6/2017 | 1954340 | NESTLE WATERS NORTH AMERICA | 44.18 |
| | | **NESTLE WATERS NORTH AMERICA Total** | 88.36 |
| 11/4/2016 | 1937047 | NEW JERSEY FAMILY SUPPORT PAYMENT CENTER | 632.00 |
| 11/18/2016 | 1937047 | NEW JERSEY FAMILY SUPPORT PAYMENT CENTER | 632.00 |
| 12/2/2016 | 1937047 | NEW JERSEY FAMILY SUPPORT PAYMENT CENTER | 632.00 |
| 12/16/2016 | 1937047 | NEW JERSEY FAMILY SUPPORT PAYMENT CENTER | 632.00 |
| 1/6/2017 | 1937047 | NEW JERSEY FAMILY SUPPORT PAYMENT CENTER | 632.00 |
| 1/19/2017 | 1937047 | NEW JERSEY FAMILY SUPPORT PAYMENT CENTER | 632.00 |
| 1/27/2017 | 1937047 | NEW JERSEY FAMILY SUPPORT PAYMENT CENTER | 632.00 |
| | | **NEW JERSEY FAMILY SUPPORT PAYMENT CENTER Total** | 4,424.00 |
| 11/7/2016 | 1890201 | NINGBO TANNER GARMENT CO, LTD | 80,000.00 |
| 11/14/2016 | 1890201 | NINGBO TANNER GARMENT CO, LTD | 80,000.00 |
| 12/5/2016 | 1890201 | NINGBO TANNER GARMENT CO, LTD | 60,000.00 |
| 12/12/2016 | 1890201 | NINGBO TANNER GARMENT CO, LTD | 85,000.00 |
| 12/27/2016 | 1890201 | NINGBO TANNER GARMENT CO, LTD | 30,000.00 |
| 1/11/2017 | 1890201 | NINGBO TANNER GARMENT CO, LTD | 110,000.00 |
| | | **NINGBO TANNER GARMENT CO, LTD Total** | 445,000.00 |
| 11/4/2016 | 1950184 | NUOVO RI-VERA | 131.30 |
| | | **NUOVO RI-VERA Total** | 131.30 |
| 1/27/2017 | 1890821 | OAKHURST PARTNERS LLC | 197.50 |
| | | **OAKHURST PARTNERS LLC Total** | 197.50 |
| 11/4/2016 | 977619 | OHMSTEAD PLUMBING | 385.00 |
| | | **OHMSTEAD PLUMBING Total** | 385.00 |
| 12/21/2016 | 1937621 | ORANGE COUNTY TAX COLLECTOR | 155.35 |
| | | **ORANGE COUNTY TAX COLLECTOR Total** | 155.35 |
| 11/23/2016 | 1926617 | ORANGE WATER AND SEWER AUTHORITY | 48.92 |
| 12/21/2016 | 1926617 | ORANGE WATER AND SEWER AUTHORITY | 37.34 |
| | | **ORANGE WATER AND SEWER AUTHORITY Total** | 86.26 |
| 1/27/2017 | 1971536 | ORIGINAL VARIETY FABRICS Snc, OVF | 4,461.63 |
| | | **ORIGINAL VARIETY FABRICS Snc, OVF Total** | 4,461.63 |
| 11/4/2016 | 1934603 | O'SULLIVAN, CLAIRE | 350.00 |
| 12/9/2016 | 1934603 | O'SULLIVAN, CLAIRE | 1,715.00 |
| | | **O'SULLIVAN, CLAIRE Total** | 2,065.00 |
| 12/2/2016 | 901548 | PALMETTO ELECTRIC COOP.,INC | 180.00 |
| 12/30/2016 | 901548 | PALMETTO ELECTRIC COOP.,INC | 240.00 |
| | | **PALMETTO ELECTRIC COOP.,INC Total** | 420.00 |
| 1/27/2017 | 1913271 | PARKES, DANA | 245.46 |
| | | **PARKES, DANA Total** | 245.46 |
| 11/4/2016 | 1973027 | PASS, ADAM J | 10,600.00 |
| 12/16/2016 | 1973027 | PASS, ADAM J | 2,900.00 |
| | | **PASS, ADAM J Total** | 13,500.00 |
| 11/18/2016 | 1958709 | PAXTON MEDIA GROUP | 549.50 |
| 12/16/2016 | 1958709 | PAXTON MEDIA GROUP | 766.25 |
| | | **PAXTON MEDIA GROUP Total** | 1,315.75 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|---|---|---|---|
| 11/10/2016 | 1965642 | PC CONNECTION SALES CORPORATION | 84.34 |
| | | **PC CONNECTION SALES CORPORATION Total** | 84.34 |
| 11/4/2016 | 1945384 | PC MALL | 98.96 |
| | | **PC MALL Total** | 98.96 |
| 11/10/2016 | 1969030 | PERLINE CO, LTD | 32,208.75 |
| 12/5/2016 | 1969030 | PERLINE CO, LTD | 58,948.15 |
| 1/19/2017 | 1969030 | PERLINE CO, LTD | 7,922.00 |
| 1/27/2017 | 1969030 | PERLINE CO, LTD | 910.80 |
| | | **PERLINE CO, LTD Total** | 99,989.70 |
| 11/14/2016 | 903050 | PETTY CASH (RUTHERFORDTON) | 300.00 |
| 11/22/2016 | 903050 | PETTY CASH (RUTHERFORDTON) | 1,000.00 |
| | | **PETTY CASH (RUTHERFORDTON) Total** | 1,300.00 |
| 10/31/2016 | 1935550 | PIATT PLACE DOWNTOWN PITTSBURGH PA | 1,933.33 |
| 12/1/2016 | 1935550 | PIATT PLACE DOWNTOWN PITTSBURGH PA | 1,933.33 |
| 1/6/2017 | 1935550 | PIATT PLACE DOWNTOWN PITTSBURGH PA | 1,933.33 |
| | | **PIATT PLACE DOWNTOWN PITTSBURGH PA Total** | 5,799.99 |
| 11/4/2016 | 1970819 | PLUS ALPHA CO., LTD | 102.00 |
| 12/12/2016 | 1970819 | PLUS ALPHA CO., LTD | 193.00 |
| 12/21/2016 | 1970819 | PLUS ALPHA CO., LTD | 3,493.20 |
| 1/27/2017 | 1970819 | PLUS ALPHA CO., LTD | 359.00 |
| | | **PLUS ALPHA CO., LTD Total** | 4,147.20 |
| 1/27/2017 | 1870157 | POPLIN, AMANDA | 102.60 |
| | | **POPLIN, AMANDA Total** | 102.60 |
| 11/23/2016 | 901610 | POWERS SOLUTIONS, INC | 724.33 |
| | | **POWERS SOLUTIONS, INC Total** | 724.33 |
| 11/18/2016 | 1043287 | PREMIERE GLOBAL SERVICES | 1,738.12 |
| 12/23/2016 | 1043287 | PREMIERE GLOBAL SERVICES | 837.51 |
| | | **PREMIERE GLOBAL SERVICES Total** | 2,575.63 |
| 12/5/2016 | 901615 | PRESSION LIMITED | 1,155.75 |
| 12/16/2016 | 901615 | PRESSION LIMITED | 457.90 |
| 1/27/2017 | 901615 | PRESSION LIMITED | 26,425.65 |
| | | **PRESSION LIMITED Total** | 28,039.30 |
| 1/27/2017 | 1972139 | PREVIEW TEXTILE GROUP | 35,825.86 |
| 11/18/2016 | 1972139 | PREVIEW TEXTILE GROUP | 412.48 |
| 12/5/2016 | 1972139 | PREVIEW TEXTILE GROUP | 518.30 |
| 12/16/2016 | 1972139 | PREVIEW TEXTILE GROUP | 3,616.75 |
| | | **PREVIEW TEXTILE GROUP Total** | 40,373.39 |
| 12/16/2016 | 1877834 | PRODUCT 101, INC | 1,849.01 |
| | | **PRODUCT 101, INC Total** | 1,849.01 |
| 11/10/2016 | 901628 | PSNC ENERGY | 18.73 |
| 11/10/2016 | 901628 | PSNC ENERGY | 19.42 |
| 11/10/2016 | 901628 | PSNC ENERGY | 18.73 |
| 11/23/2016 | 901628 | PSNC ENERGY | 24.56 |
| 12/21/2016 | 901628 | PSNC ENERGY | 53.70 |
| 12/21/2016 | 901628 | PSNC ENERGY | 47.93 |
| 12/30/2016 | 901628 | PSNC ENERGY | 89.13 |
| | | **PSNC ENERGY Total** | 272.20 |
| 12/9/2016 | 916822 | PULCRA SRL | 2,140.20 |
| 1/27/2017 | 916822 | PULCRA SRL | 4,798.43 |
| | | **PULCRA SRL Total** | 6,938.63 |
| 12/9/2016 | 1890279 | RABUN COUNTY, GA TAX COMMISSIONER | 1,680.98 |
| | | **RABUN COUNTY, GA TAX COMMISSIONER Total** | 1,680.98 |
| 11/4/2016 | 1882844 | RABUN'S LAUREL, INC. | 234.00 |
| | | **RABUN'S LAUREL, INC. Total** | 234.00 |
| 12/16/2016 | 901936 | RDS  TAX TRUST ACCOUNT | 162.00 |

TANNER
EXHIBIT SOFA 3.1

| Date | Vendor account | Name | Amount |
|------|---------------|------|--------|
| | | **RDS  TAX TRUST ACCOUNT Total** | 162.00 |
| 11/4/2016 | 1968919 | RED WOLF TECHNOLOGIES, LLC | 1,750.00 |
| 12/2/2016 | 1968919 | RED WOLF TECHNOLOGIES, LLC | 1,750.00 |
| 1/6/2017 | 1968919 | RED WOLF TECHNOLOGIES, LLC | 1,750.00 |
| 1/27/2017 | 1968919 | RED WOLF TECHNOLOGIES, LLC | 1,475.00 |
| | | **RED WOLF TECHNOLOGIES, LLC Total** | 6,725.00 |
| 12/21/2016 | 1973550 | REED, GWEN | 324.00 |
| | | **REED, GWEN Total** | 324.00 |
| 11/10/2016 | 1972908 | RENEE PIATT COLLECTION | 1,873.30 |
| 1/27/2017 | 1972908 | RENEE PIATT COLLECTION | 4,265.00 |
| 1/27/2017 | 1972908 | RENEE PIATT COLLECTION | 823.00 |
| | | **RENEE PIATT COLLECTION Total** | 6,961.30 |
| 11/4/2016 | 903113 | REPUBLIC SERVICES  #693 | 121.89 |
| 11/18/2016 | 903113 | REPUBLIC SERVICES  #693 | 121.89 |
| 12/2/2016 | 903113 | REPUBLIC SERVICES  #693 | 132.14 |
| 12/16/2016 | 903113 | REPUBLIC SERVICES  #693 | 121.89 |
| | | **REPUBLIC SERVICES  #693 Total** | 497.81 |
| 11/4/2016 | 1949526 | ROJAS, ESPERANZA | 1,816.50 |
| 11/10/2016 | 1949526 | ROJAS, ESPERANZA | 1,861.50 |
| 11/18/2016 | 1949526 | ROJAS, ESPERANZA | 1,906.50 |
| 11/25/2016 | 1949526 | ROJAS, ESPERANZA | 1,861.50 |
| 12/2/2016 | 1949526 | ROJAS, ESPERANZA | 1,006.50 |
| 12/9/2016 | 1949526 | ROJAS, ESPERANZA | 1,884.00 |
| 12/16/2016 | 1949526 | ROJAS, ESPERANZA | 1,861.50 |
| 12/23/2016 | 1949526 | ROJAS, ESPERANZA | 1,816.50 |
| 1/6/2017 | 1949526 | ROJAS, ESPERANZA | 1,479.00 |
| 1/13/2017 | 1949526 | ROJAS, ESPERANZA | 1,569.00 |
| 1/20/2017 | 1949526 | ROJAS, ESPERANZA | 1,906.50 |
| 1/27/2017 | 1949526 | ROJAS, ESPERANZA | 3,785.00 |
| | | **ROJAS, ESPERANZA Total** | 22,754.00 |
| 11/18/2016 | 901720 | RUTHERFORD HEATING & AIR INC | 375.00 |
| | | **RUTHERFORD HEATING & AIR INC Total** | 375.00 |
| 11/1/2016 | 1954327 | SALEM INVESTMENT PARTNERS III, LIMITED PARTNERSHIP | 77,370.84 |
| 11/2/2016 | 1954327 | SALEM INVESTMENT PARTNERS III, LIMITED PARTNERSHIP | 13,858.07 |
| 12/5/2016 | 1954327 | SALEM INVESTMENT PARTNERS III, LIMITED PARTNERSHIP | 11,014.36 |
| 1/5/2017 | 1954327 | SALEM INVESTMENT PARTNERS III, LIMITED PARTNERSHIP | 13,623.41 |
| | | **SALEM INVESTMENT PARTNERS III, LIMITED PARTNERSHIP Total** | 115,866.68 |
| 11/18/2016 | 901742 | SAMPIETRO S.P.A | 789.77 |
| | | **SAMPIETRO S.P.A Total** | 789.77 |
| 11/4/2016 | 1971494 | SANCHEZ, DANIEL | 5,000.00 |
| 11/10/2016 | 1971494 | SANCHEZ, DANIEL | 205.08 |
| 12/2/2016 | 1971494 | SANCHEZ, DANIEL | 23.98 |
| 12/9/2016 | 1971494 | SANCHEZ, DANIEL | 5,049.12 |
| 12/30/2016 | 1971494 | SANCHEZ, DANIEL | 5,000.00 |
| 1/27/2017 | 1971494 | SANCHEZ, DANIEL | 5,000.00 |
| | | **SANCHEZ, DANIEL Total** | 20,278.18 |
| 12/9/2016 | 1949426 | SANTA FE COUNTY TREASURER | 35.00 |
| | | **SANTA FE COUNTY TREASURER Total** | 35.00 |
| 11/4/2016 | 1971965 | SANTAIN LIMITED | 7,600.00 |
| 11/10/2016 | 1971965 | SANTAIN LIMITED | 6,131.16 |
| 12/5/2016 | 1971965 | SANTAIN LIMITED | 2,813.00 |
| 12/16/2016 | 1971965 | SANTAIN LIMITED | 3,388.50 |
| 1/27/2017 | 1971965 | SANTAIN LIMITED | 2,453.46 |
| | | **SANTAIN LIMITED Total** | 22,386.12 |
| 11/18/2016 | 1943393 | SARL MK MALHIA KENT | 481.37 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|----------------|------|--------|
| 1/27/2017 | 1943393 | SARL MK MALHIA KENT | 406.22 |
| | | **SARL MK MALHIA KENT Total** | 887.59 |
| 11/18/2016 | 1960531 | SATAB AMERICA | 34.42 |
| | | **SATAB AMERICA Total** | 34.42 |
| 11/23/2016 | 1910721 | SAVYON INDUSTRIAS TEXTILES | 7,385.77 |
| 1/6/2017 | 1910721 | SAVYON INDUSTRIAS TEXTILES | 7,385.76 |
| | | **SAVYON INDUSTRIAS TEXTILES Total** | 14,771.53 |
| 1/24/2017 | 1936949 | SCHIFFER IAN | (44.51) |
| 1/25/2017 | 1936949 | SCHIFFER IAN | 44.51 |
| | | **SCHIFFER IAN Total** | - |
| 11/10/2016 | 1963918 | SERIDE SRL | 9,504.46 |
| 11/18/2016 | 1963918 | SERIDE SRL | 7,035.78 |
| 12/5/2016 | 1963918 | SERIDE SRL | 4,147.34 |
| 12/9/2016 | 1963918 | SERIDE SRL | 12,656.93 |
| 12/21/2016 | 1963918 | SERIDE SRL | 6,761.73 |
| 1/6/2017 | 1963918 | SERIDE SRL | 2,594.77 |
| 1/27/2017 | 1963918 | SERIDE SRL | 27,496.76 |
| | | **SERIDE SRL Total** | 70,197.77 |
| 12/2/2016 | 1914795 | SHARP BUSINESS SYSTEMS | 784.87 |
| | | **SHARP BUSINESS SYSTEMS Total** | 784.87 |
| 11/23/2016 | 1968477 | SHELTER COVE III, LLC | 6,881.63 |
| 12/27/2016 | 1968477 | SHELTER COVE III, LLC | 6,881.63 |
| | | **SHELTER COVE III, LLC Total** | 13,763.26 |
| 1/6/2017 | 1949174 | SHER PLASTICS LLC | 78.75 |
| 1/27/2017 | 1949174 | SHER PLASTICS LLC | 516.48 |
| | | **SHER PLASTICS LLC Total** | 595.23 |
| 11/10/2016 | 1972089 | SHINJINTEX CO., LTD | 5,397.33 |
| | | **SHINJINTEX CO., LTD Total** | 5,397.33 |
| 12/16/2016 | 1969432 | SIGN D' SIGN VENTURES LLC | 619.50 |
| | | **SIGN D' SIGN VENTURES LLC Total** | 619.50 |
| 11/18/2016 | 901802 | SKYLINE TELEPHONE | 183.53 |
| 12/9/2016 | 901802 | SKYLINE TELEPHONE | 174.15 |
| | | **SKYLINE TELEPHONE Total** | 357.68 |
| 12/16/2016 | 1972643 | SLAUGHTER, ASHLEY | 500.00 |
| | | **SLAUGHTER, ASHLEY Total** | 500.00 |
| 11/10/2016 | 1961846 | SMARTT, STEPHANIE | 131.87 |
| 12/9/2016 | 1961846 | SMARTT, STEPHANIE | 131.87 |
| 12/23/2016 | 1961846 | SMARTT, STEPHANIE | 69.18 |
| 1/27/2017 | 1961846 | SMARTT, STEPHANIE | 152.39 |
| | | **SMARTT, STEPHANIE Total** | 485.31 |
| 11/4/2016 | 1972903 | SPATAFORE, KRISTIN C | 162.00 |
| | | **SPATAFORE, KRISTIN C Total** | 162.00 |
| 11/4/2016 | 1944344 | SQUEEGEE PROS INC | 42.00 |
| 12/2/2016 | 1944344 | SQUEEGEE PROS INC | 28.00 |
| 1/6/2017 | 1944344 | SQUEEGEE PROS INC | 28.00 |
| | | **SQUEEGEE PROS INC Total** | 98.00 |
| 11/18/2016 | 1970715 | STAMPERIA TOSCANA S.R.L. | 5,849.92 |
| 11/23/2016 | 1970715 | STAMPERIA TOSCANA S.R.L. | 612.99 |
| 1/27/2017 | 1970715 | STAMPERIA TOSCANA S.R.L. | 7,822.60 |
| | | **STAMPERIA TOSCANA S.R.L. Total** | 14,285.51 |
| 11/10/2016 | 1038787 | STAPLES CONTRACT AND COMMERCIAL INC | 262.74 |
| 12/9/2016 | 1038787 | STAPLES CONTRACT AND COMMERCIAL INC | 61.42 |
| | | **STAPLES CONTRACT AND COMMERCIAL INC Total** | 324.16 |
| 12/21/2016 | 1973524 | T.B.M. S.p.A. | 173.12 |
| | | **T.B.M. S.p.A. Total** | 173.12 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|---|---|---|---|
| 11/7/2016 | 1919693 | TANNER COMPANIES ITALIA SRL | 3,394.50 |
| 11/21/2016 | 1919693 | TANNER COMPANIES ITALIA SRL | 7,198.40 |
| 11/21/2016 | 1919693 | TANNER COMPANIES ITALIA SRL | 1,500.00 |
| 12/5/2016 | 1919693 | TANNER COMPANIES ITALIA SRL | 5,501.00 |
| 12/19/2016 | 1919693 | TANNER COMPANIES ITALIA SRL | 5,357.00 |
| 1/4/2017 | 1919693 | TANNER COMPANIES ITALIA SRL | 5,373.50 |
| 1/24/2017 | 1919693 | TANNER COMPANIES ITALIA SRL | 18,198.96 |
| | | **TANNER COMPANIES ITALIA SRL Total** | 46,523.36 |
| 11/4/2016 | 1926716 | TDS TELECOM | 165.63 |
| 12/9/2016 | 1926716 | TDS TELECOM | 165.63 |
| | | **TDS TELECOM Total** | 331.26 |
| 1/23/2017 | 1967626 | TECH ATLANTIS, INC | 1,750.75 |
| | | **TECH ATLANTIS, INC Total** | 1,750.75 |
| 12/2/2016 | 1972912 | TESSILRIVA SRL div. WEFT | 775.82 |
| | | **TESSILRIVA SRL div. WEFT Total** | 775.82 |
| 12/2/2016 | 900527 | THE CHARLOTTE OBSERVER PUBLISHING COMPANY | 1,450.01 |
| | | **THE CHARLOTTE OBSERVER PUBLISHING COMPANY Total** | 1,450.01 |
| 11/17/2016 | 1973396 | THE FINLEY GROUP, INC | 12,500.00 |
| 1/27/2017 | 1973396 | THE FINLEY GROUP, INC | 82,978.78 |
| 11/25/2016 | 1973396 | THE FINLEY GROUP, INC | 12,500.00 |
| 12/2/2016 | 1973396 | THE FINLEY GROUP, INC | 12,150.00 |
| 12/9/2016 | 1973396 | THE FINLEY GROUP, INC | 12,500.00 |
| 12/16/2016 | 1973396 | THE FINLEY GROUP, INC | 12,500.00 |
| 12/16/2016 | 1973396 | THE FINLEY GROUP, INC | 3,139.10 |
| 12/23/2016 | 1973396 | THE FINLEY GROUP, INC | 12,500.00 |
| | | **THE FINLEY GROUP, INC Total** | 160,767.88 |
| 11/23/2016 | 1965533 | THE MOUNTAINEER PUBLISHING COMPANY, INC | 200.00 |
| 12/21/2016 | 1965533 | THE MOUNTAINEER PUBLISHING COMPANY, INC | 200.00 |
| | | **THE MOUNTAINEER PUBLISHING COMPANY, INC Total** | 400.00 |
| 11/18/2016 | 1945897 | THE O'KEEFE GROUP INC | 142.80 |
| 12/9/2016 | 1945897 | THE O'KEEFE GROUP INC | 142.80 |
| | | **THE O'KEEFE GROUP INC Total** | 285.60 |
| 11/18/2016 | 1972899 | TIME WARNER CABLE | 252.12 |
| 11/23/2016 | 1954079 | TIME WARNER CABLE | 449.99 |
| 1/6/2017 | 1954079 | TIME WARNER CABLE | 449.99 |
| | | **TIME WARNER CABLE Total** | 1,152.10 |
| 11/4/2016 | 1038082 | TONEY MATTHEW HAROLD | 2,680.00 |
| 11/10/2016 | 1038082 | TONEY MATTHEW HAROLD | 3,752.00 |
| 11/18/2016 | 1038082 | TONEY MATTHEW HAROLD | 640.00 |
| 12/2/2016 | 1038082 | TONEY MATTHEW HAROLD | 1,240.00 |
| 12/9/2016 | 1038082 | TONEY MATTHEW HAROLD | 1,608.00 |
| 12/16/2016 | 1038082 | TONEY MATTHEW HAROLD | 1,608.00 |
| 12/23/2016 | 1038082 | TONEY MATTHEW HAROLD | 1,608.00 |
| 1/6/2017 | 1038082 | TONEY MATTHEW HAROLD | 3,283.00 |
| 1/13/2017 | 1038082 | TONEY MATTHEW HAROLD | 1,608.00 |
| 1/20/2017 | 1038082 | TONEY MATTHEW HAROLD | 1,608.00 |
| 1/27/2017 | 1038082 | TONEY MATTHEW HAROLD | 1,608.00 |
| | | **TONEY MATTHEW HAROLD Total** | 21,243.00 |
| 11/4/2016 | 1865147 | TOP SUCCESS INDUSTRIAL LTD | 6,585.19 |
| 11/10/2016 | 1865147 | TOP SUCCESS INDUSTRIAL LTD | 5,583.26 |
| 11/18/2016 | 1865147 | TOP SUCCESS INDUSTRIAL LTD | 923.17 |
| 11/23/2016 | 1865147 | TOP SUCCESS INDUSTRIAL LTD | 54,696.25 |
| 12/16/2016 | 1865147 | TOP SUCCESS INDUSTRIAL LTD | 38,520.55 |
| 12/21/2016 | 1865147 | TOP SUCCESS INDUSTRIAL LTD | 19,573.89 |
| 1/27/2017 | 1865147 | TOP SUCCESS INDUSTRIAL LTD | 48,310.80 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|---------------|------|--------|
| | | **TOP SUCCESS INDUSTRIAL LTD Total** | 174,193.11 |
| 11/18/2016 | 1955725 | TOTALFUNDS BY HASLER | 1,000.00 |
| 12/16/2016 | 1955725 | TOTALFUNDS BY HASLER | 1,000.00 |
| | | **TOTALFUNDS BY HASLER Total** | 2,000.00 |
| 12/16/2016 | 1092554 | TOUCH STUDIO | (3,577.60) |
| 12/16/2016 | 1092554 | TOUCH STUDIO | 3,577.60 |
| 12/22/2016 | 1092554 | TOUCH STUDIO | 3,577.60 |
| | | **TOUCH STUDIO Total** | 3,577.60 |
| 11/10/2016 | 901993 | TOWN OF BLACK MOUNTAIN | 27.36 |
| 12/9/2016 | 901993 | TOWN OF BLACK MOUNTAIN | 28.56 |
| | | **TOWN OF BLACK MOUNTAIN Total** | 55.92 |
| 12/2/2016 | 901994 | TOWN OF BLOWING ROCK | 147.00 |
| | | **TOWN OF BLOWING ROCK Total** | 147.00 |
| 11/23/2016 | 1060007 | TRANSITCENTER INC | 1,115.25 |
| | | **TRANSITCENTER INC Total** | 1,115.25 |
| 12/5/2016 | 1932635 | TRIANGLE TEX LLC | 82.50 |
| | | **TRIANGLE TEX LLC Total** | 82.50 |
| 11/4/2016 | 902021 | TRYON NEWSMEDIA, LLC | 236.00 |
| 12/2/2016 | 902021 | TRYON NEWSMEDIA, LLC | 236.00 |
| | | **TRYON NEWSMEDIA, LLC Total** | 472.00 |
| 10/31/2016 | 1037700 | TYSON FURNITURE COMPANY INC | 3,780.00 |
| 12/1/2016 | 1037700 | TYSON FURNITURE COMPANY INC | 3,780.00 |
| 1/6/2017 | 1037700 | TYSON FURNITURE COMPANY INC | 3,780.00 |
| | | **TYSON FURNITURE COMPANY INC Total** | 11,340.00 |
| 11/18/2016 | 1949493 | U.S. BANK EQUIPMENT FINANCE | 3,627.73 |
| | | **U.S. BANK EQUIPMENT FINANCE Total** | 3,627.73 |
| 11/18/2016 | 902032 | ULINE | 188.72 |
| | | **ULINE Total** | 188.72 |
| 11/4/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 14,480.30 |
| 11/10/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 12,872.31 |
| 11/18/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 19,489.09 |
| 11/25/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 14,704.66 |
| 12/2/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 15,231.34 |
| 12/9/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 18,685.27 |
| 12/16/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 11,312.31 |
| 12/23/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 11,911.79 |
| 12/30/2016 | 902048 | UNITED PARCEL SERVICE PHILADEL | 10,396.29 |
| 1/6/2017 | 902048 | UNITED PARCEL SERVICE PHILADEL | 12,776.23 |
| | | **UNITED PARCEL SERVICE PHILADEL Total** | 141,859.59 |
| 12/21/2016 | 1962220 | UNIVERSITY SPORTS PUBLICATIONS CO, INC | 495.00 |
| | | **UNIVERSITY SPORTS PUBLICATIONS CO, INC Total** | 495.00 |
| 11/4/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 1,313.18 |
| 11/10/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 5,040.74 |
| 11/18/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 822.55 |
| 11/25/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 10,377.38 |
| 12/2/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 4,412.38 |
| 12/9/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 1,025.46 |
| 12/16/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 1,583.76 |
| 12/23/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 2,301.07 |
| 12/30/2016 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 1,675.25 |
| 1/6/2017 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 816.38 |
| 1/27/2017 | 902060 | UPS CUSTOMHOUSE BROKERAGE | 10,093.98 |
| | | **UPS CUSTOMHOUSE BROKERAGE Total** | 39,462.13 |
| 11/4/2016 | 1927607 | UPS SUPPLY CHAIN | 10,383.10 |
| 11/10/2016 | 1927607 | UPS SUPPLY CHAIN | 2,409.00 |

**TANNER**
**EXHIBIT SOFA 3.1**

| Date | Vendor account | Name | Amount |
|------|----------------|------|--------|
| 11/18/2016 | 1927607 | UPS SUPPLY CHAIN | 13,384.91 |
| 11/23/2016 | 1927607 | UPS SUPPLY CHAIN | 4,323.74 |
| 12/2/2016 | 1927607 | UPS SUPPLY CHAIN | 822.63 |
| 12/9/2016 | 1927607 | UPS SUPPLY CHAIN | 6,473.71 |
| 12/16/2016 | 1927607 | UPS SUPPLY CHAIN | 4,101.75 |
| 12/30/2016 | 1927607 | UPS SUPPLY CHAIN | 18,438.47 |
| 1/6/2017 | 1927607 | UPS SUPPLY CHAIN | 13,096.66 |
| 1/27/2017 | 1927607 | UPS SUPPLY CHAIN | 37,430.62 |
| 1/27/2017 | 1927607 | UPS SUPPLY CHAIN | 15,000.00 |
| | | **UPS SUPPLY CHAIN Total** | 125,864.59 |
| 1/27/2017 | 1932441 | UPS SUPPLY CHAIN SOLUTIONS | 1,975.00 |
| | | **UPS SUPPLY CHAIN SOLUTIONS Total** | 1,975.00 |
| 11/22/2016 | 900107 | US CUSTOMS AND BORDER PROTECTION | 85,688.43 |
| 12/22/2016 | 900107 | US CUSTOMS AND BORDER PROTECTION | 93,155.29 |
| | | **US CUSTOMS AND BORDER PROTECTION Total** | 178,843.72 |
| 11/4/2016 | 905041 | US FISH AND WILDLIFE SERVICE | 100.00 |
| | | **US FISH AND WILDLIFE SERVICE Total** | 100.00 |
| 11/18/2016 | 900381 | VERIZON WIRELESS(RUTHERFORDTON | 385.68 |
| 12/21/2016 | 900381 | VERIZON WIRELESS(RUTHERFORDTON | 355.56 |
| | | **VERIZON WIRELESS(RUTHERFORDTON Total** | 741.24 |
| 11/23/2016 | 1958703 | VONAGE BUSINESS | 5,276.03 |
| 12/16/2016 | 1958703 | VONAGE BUSINESS | 5,418.09 |
| | | **VONAGE BUSINESS Total** | 10,694.12 |
| 1/6/2017 | 902103 | WATAUGA COUNTY TAX ADMINISTRATION | 1.37 |
| | | **WATAUGA COUNTY TAX ADMINISTRATION Total** | 1.37 |
| 11/18/2016 | 1967573 | WILLIAMS, VALERIE | 435.45 |
| 12/9/2016 | 1967573 | WILLIAMS, VALERIE | 171.61 |
| 1/6/2017 | 1967573 | WILLIAMS, VALERIE | 264.67 |
| 1/27/2017 | 1967573 | WILLIAMS, VALERIE | 102.30 |
| | | **WILLIAMS, VALERIE Total** | 974.03 |
| 12/2/2016 | 1861107 | WINDSTREAM | 236.36 |
| 1/6/2017 | 1861107 | WINDSTREAM | 249.28 |
| | | **WINDSTREAM Total** | 485.64 |
| 11/10/2016 | 1969063 | YATES, VIRGINIA T L | 282.42 |
| 1/6/2017 | 1969063 | YATES, VIRGINIA T L | 1,074.29 |
| 1/27/2017 | 1969063 | YATES, VIRGINIA T L | 97.20 |
| | | **YATES, VIRGINIA T L Total** | 1,453.91 |
| | | **Grand Total** | 3,557,905.13 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of North Carolina

In re  **Tanner Companies, LLC**
_____  Case No. _____
Debtor(s)    Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 30,000.00 |
| Prior to the filing of this statement I have received | $ | 30,000.00 |
| Balance Due | $ | 0.00 |

2.  $ **1,717.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]
   **As described in the Application For Order Authorizing The Employment Of Grier Furr & Crisp, PA, as counsel for the Debtor as of the Petition Date.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 27, 2017**
_____
Date

**/s/ Joseph W. Grier, III**
_____
**Joseph W. Grier, III**
_Signature of Attorney_
**Grier Furr & Crisp, PA**
**101 N. Tryon St., Suite 1240**
**Charlotte, NC 28246**
**704 375-3720  Fax: 704 332-0215**
**jgrier@grierlaw.com**
_Name of law firm_

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of North Carolina

In re **Tanner Companies, LLC** _____   Case No. _____
Debtor(s)   Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept **as partial payment** _____   $ _____ **30,000.00**

    Prior to the filing of this statement I have received _____   $ _____ **30,000.00**

    Balance Due **as allowed by the Court** * _____   $ _____ **0.00**

2.  $ **1,717.00** of the filing fee has been paid.   **\*My firm is holding a retainer of $25,000.**

3.  The source of the compensation paid to me was:

    ■ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor   ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]
        **As described in the Application For Order Authorizing The Employment Of Grier Furr & Crisp, PA, as counsel for the Debtor as of the Petition Date.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 27, 2017** _____   **/s/ Joseph W. Grier, III**
_Date_   **Joseph W. Grier, III**
   _Signature of Attorney_
   **Grier Furr & Crisp, PA**
   **101 N. Tryon St., Suite 1240**
   **Charlotte, NC 28246**
   **704 375-3720   Fax: 704 332-0215**
   **jgrier@grierlaw.com**
   _Name of law firm_

---

# United States Bankruptcy Court
## Western District of North Carolina

In re    **Tanner Companies, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **APT Investments, Inc.** | **Class B** | **0.05%** | **Membership interest** |
| **Tanner Investments, Inc.** | **Class A** | **99.95%** | **Membership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January 27, 2017**

Signature    **/s/ Elaine T. Rudisill**

**Elaine T. Rudisill**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Tanner Companies, LLC** _____   Case No. _____

Debtor(s)                          Chapter   **11**  _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **January 27, 2017** _____        **/s/ Elaine T. Rudisill** _____

                                                     **Elaine T. Rudisill/Chief Restructuring Officer**
                                                     Signer/Title

ACE  CHUBB   INDEMNITY INSURANCE COMPANY
11575 GREAT OAKS WAY
ALPHARETTA, GA 30022


ACE AMERICAN INSURANCE COMPANY
11575 GREAT OAKS WAY
ALPHARETTA, GA 30022


ADV PRODUCTIONS LLC
2140 E 5TH ST STE 5
TEMPE, AZ 85281-3043


Allison Pell Tanner
PO Box 887
Rutherfordton, NC 28139


American Express
AMEX Travel Related Serv Co
Attn: Dept 87
PO Box 299051
Fort Lauderdale, FL 33329


AMERICAN EXPRESS CORPORATE CARD
PO BOX 650448
DALLAS, TX 75265-0448


AMERICAN EXPRESS TRAVEL RELATED SERVICES
PO BOX 360001
FORT LAUDERDALE, FL 33336-0001


AMTRUST NORTH AMERICA, INC.
800 SUPERIOR AVE. E., 21ST FLOOR
CLEVELAND, OH 44114


SUSAN M. ANTINORI
55 MAIN ST.
CLAYTON, GA 30525


ASSOCIATED PRINTING & SERVICES, INC
PO BOX 905
RUTHERFORDTON, NC 28139-0881


AT&T
PO BOX 105262
ATLANTA, GA 30348-5262

AT&T-CAROL STREAM, IL
PO BOX 5019
CAROL STREAM, IL 60197-5019


ATLANTIC CORPORATION OF WILMINGTON, INC
PO BOX 60002
CHARLOTTE, NC 28260-0001


AVALARA, INC
16781 DEPT CH
PALATINE, IL 60055-0001


BEAUFORT COUNTY TREASURER
PO BOX 580074
CHARLOTTE, NC 28258-0074


ROBEY C. BEST JR
537 N. MAIN ST.
BLOWING ROCK, NC 28605


BH MEDIA GROUP, INC
NC MEDIA GROUP PO BOX 27283
RICHMOND, VA 23261-7263


BLACK MOUNTAIN-SWANNANOA
CHAMBER OF COMMERCE
201 E STATE ST
BLACK MOUNTAIN, NC 28711-3524


BLUE RIDGE ELECTRIC MEMB.
PAYMENT PROCESSING CENTER
PO BOX 112
LENOIR, NC 28645-0112


Branch Banking & Trust Company
Attn: Merchant Services Div Manager
PO Box 200
Wilson, NC 27894


BROAD RIVER WATER AUTHORITY
PO BOX 37
SPINDALE, NC 28160-0037

BROADWAY ELECTRIC SERVICE CORPORATION
PO BOX 3250
KNOXVILLE, TN 37927-3250


GEORGE BARROW BROWN III
519 ARBOR RD
WINSTON SALEM, NC 27104-2329


BYRNE ACQUISITION GROUP LLC DBA WHHI-TV
32 OFFICE PARK RD STE 103
HILTON HEAD ISLAND, SC 29928-4659


CAMP ELECTRIC
466 ROCK ROAD
RUTHERFORD, NC 28139


CAROLINA CONTAINER
PO BOX 2166
HIGH POINT, NC 27261-2166


CHARTER COMMUNICATIONS HOLDING COMPANY L
PO BOX 742600
CINCINNATI, OH 45274-2600


CHEROKEE PRODUCTS INC
PO BOX 482
GAFFNEY, SC 29342-0421


CHH INVESTMENTS, INC
6085 LAKE FORREST DRIVE  SUITE 105
ATLANTA, GA 30328


CITY OF AURORA
PO BOX 33001
AURORA, CO 80041-3001


CITY OF BREWTON, AL
PO BOX 368
BREWTON, AL 36427-0368


CITY OF CLAYTON
837 HIGHWAY 76 W STE 101
CLAYTON, GA 30525-5267

CITY OF DAPHNE, AL
P O DRAWER 1047
DAPHNE, AL 36526-1047


CITY OF FLORENCE, AL
CITY CLERKS OFFICE
PO BOX 98
FLORENCE, AL 35631-0098


CITY OF GADSDEN
REVENUE DEPT
PO BOX 267
GADSDEN, AL 35902-0267


CITY OF KNOXVILLE
PO BOX 15001
KNOXVILLE, TN 37901-5001


CITY OF LUVERNE
PO BOX 249
LUVERNE, AL 36049-2104


CITY OF MOBILE-DEPT#1530, AL
PO BOX 11407
BIRMINGHAM, AL 35246


CITY OF MONROE LA TAX & REV DEPT
PO BOX 123
MONROE, LA 71210-0123


CITY OF MONROEVILLE
PO BOX 147
MONROEVILLE, AL 36461-0121


CITY OF MONTGOMERY, AL
PO BOX 830469
BIRMINGHAM, AL 35283-0469


CITY OF OPELIKA, AL
PO BOX 390
OPELIKA, AL 36803-0390

CITY OF TUSCALOOSA, AL
REVENUE DEPT
PO BOX 2089
TUSCALOOSA, AL 35403-2089


Claridge Resources Limited
PO Box 1139
Rutherfordton, NC 28139


CLEGG'S TERMITE & PEST CONTROL, LLC
PO BOX 1757
ASHEVILLE, NC 28802-1741


CLT EXPRESS LIVERY
7319 W WILKINSON BLVD
BELMONT, NC 28012-6215


COMCAST
PO BOX 1577
NEWARK, NJ 07101-1577


COMMUNITY NEWSPAPERS, INC
PO BOX 350
FRANKLIN, NC 28744-0350


CONSTELLATION BRANDS US OPERATIONS, INC
111 TOWN SQUARE PL
JERSEY CITY, NJ 07310


CREATIVE SIGN SERVICE INC
ONE FREEDOM SQUARE
LAUREL, MS 39440-3367


CREEKSIDE ELECTRONICS INC
PO BOX 3708
BOONE, NC 28607-5608


CSHV HCG Retail, LLC
12912 Hill Country Blvd
Space F130
Austin, TX 78738


CSHV HCG RETAIL, LLC
12912 HILL COUNTRY BLVD SPACE F130
BEE CAVE, TX 78738

DESIGN ONE, INC
53 ASHELAND AVE STE 103
ASHEVILLE, NC 28801-3201

DIRECTIONS TALENT AGENCY, INC
3922 W MARKET ST
GREENSBORO, NC 27407-1304

DUFFIE'S COPIER CONSULTANTS
PO BOX 667
FOREST CITY, NC 28043-0667

DUKE ENERGY
PO BOX 70516
CHARLOTTE, NC 28272-0516

EASTCOAST NEWSPAPERS, INC
PO BOX 3019
LIVONIA, MI 48151-3019

EMC EMPLOYERS MUTUAL CASUALTY COMPANY
PO BOX 621210
CHARLOTTE, NC 28262

EVERBANK COMMERCIAL FINANCE, INC
PO BOX 911608
DENVER, CO 80291-1608

FAIRWAY OUTDOOR FUNDING, LLC
PO BOX 60125
CHARLOTTE, NC 28260-0125

FEDERAL REALTY INVESTMENT TRUST
1800 EAST FRANKLIN ST. STORE # 11A
CHAPEL HILL, NC 27514

Fidelity Employer Services Company, LLC
One Spartan Way
Merrimack, NH 03054

FIDELITY INVESTMENTS
PO BOX 73307
CHICAGO, IL 60673-7307

FIREFLY STORE SOLUTIONS
4500 S HOLDEN RD
GREENSBORO, NC 27406-9510


GA Dept of Revenue
PO Box 74038
Atlanta, GA 30374-0387


GANNETT GP MEDIA, INC
PO BOX 677564
DALLAS, TX 75267-7564


GANNETT PACIFIC CORPORATION
PO BOX 677566
DALLAS, TX 75267-7566


GEORGIA POWER
96 ANNEX
ATLANTA, GA 30396


GRANDFATHER CENTER SHOPPES, LLC
GRANDFATHER CENTER -
C/O COLLETT MANAGEMENT, LLC
PO BOX 36799
CHARLOTTE, NC 36799


GREAT AMERICAN INSURANCE GROUP
PO BOX 5425   301 E FOURTH ST
CINCINNATI, OH 45202-4201


GREEN WASTE MALL SERVICES
PO BOX 94258
LAS VEGAS, NV 89193-4258


HALIFAX MEDIA HOLDINGS LLC
THE SHELBY STAR PO BOX 102528
ATLANTA, GA 30368-2528


HCC Life Insurance Company
Three Town Park Commons
225 TownPark Dr, Suite 350
Kennesaw, GA 30144

HEFFNER MANAGEMENT, INC
80 VINE ST APT 203
SEATTLE, WA 98121-1369


HENDERSONVILLE TIMES-NEWS
PO BOX 102085
ATLANTA, GA 30368-2085


HIGH COUNTRY MEDIA, LLC
MOUNTAIN TIMES PO BOX 1815
BOONE, NC 28607-1815


INK4, INC
PO BOX 170685
SPARTANBURG, SC 29301-0031


CLAUDI INNOCENTI
VICOLA DEL PANCIO 2, 50123
FIRENZE, ITALY


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


J.J. KELLER & ASSOCIATES
3003 W. BREEZEWOOD LANE
PO BOX 548
NEENAH, WI 54957-0548


Jeffrey E. Oleynik
Brooks Pierce
2000 Renaissance Plaza
230 N. Elm St.
Greensboro, NC 27401


JOHNSON CITY PUBLISHING CORPORATION
PO BOX 4807
JOHNSON CITY, TN 37602-4807


WILLIAM A JOYNER
428 Cut Away Road
Lake Lure, NC 28746

LAURA KENDALL
18900 Riverwind Ln
Davidson, NC 28036-7849


KNOX COUNTY TRUSTEE
PO BOX 70
KNOXVILLE, TN 37901-0070


Po-Kan Kwai
16/F Kaiseng Commercial Centre
4-6 Hankow Road
Tsimshatsui, Hong Kong


LALURE
1010 MT. VERNON ESTATES DR.
Atlanta, GA 30338-3959


LAW OFFICES OF MICHAEL DEITCH & ASSOCIAT
800 RIO GRANDE ST
Austin, TX 78701-2220


MAILFINANCE INC
DEPT 3682
PO BOX 123682
DALLAS, TX 75312-3682


Meritain Health, Inc.
PO BOX 853921
RICHARDSON, TX


MSA MODELS
200 W 41ST ST STE 1000
NEW YORK, NY 10036-7203


MUZAK- SOUTH CENTRAL
PO BOX 633496
CINCINNATI, OH 45263-3496


NC Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

NESTLE WATERS NORTH AMERICA
PO BOX 856192
LOUISVILLE, KY 40285-6192


NEW APPLE TRANS. INC
3370 PRINCE ST STE 603
FLUSHING, NY 11354-2703


NEW JERSEY FAMILY SUPPORT PAYMENT CENTER
PO BOX 4880
TRENTON, NJ 08650-4880


NewBridge Bank
1501 Highwoods Blvd, Ste 400
Greensboro, NC 27410


NINGBO TANNER GARMENT CO., LTD
509 MAOYANGSHAN ROAD
NINGBO,P.R., CHINA 00031-5806


Ningbo Tanner Garment Co., LTD
PO Box 1139
Rutherfordton, NC 28139


NJ Dept of Taxation
Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0245


CLAIRE O'SULLIVAN
PO BOX 1543
COLUMBUS, NC 28722-1543


OHMSTEAD PLUMBING
470 WASHINGTON ST
FOREST CITY, NC 28043-9455


ORANGE WATER AND SEWER AUTHORITY
PO BOX 602659
CHARLOTTE, NC 28260-2659


PARISH DIGITAL VIDEO PRODUCTION
1501 REEDSDALE ST STE 3004
PITTSBURGH, PA 15233-2341

PARKER POE ADAMS & BERNSTEIN LLP
401 S TRYON ST STE 3000
CHARLOTTE, NC 28202-1942


Paul R. Franke
Moye White, LLP
1400 16th St, 6th Floor
Denver, CO 80202


PAXTON MEDIA GROUP
PO BOX 1200
PADUCAH, KY 42002-1200


PC CONNECTION SALES CORPORATION
PO BOX 536472
PITTSBURGH, PA 15253-5906


PC MALL
1940 E MARIPOSA AVE
EL SEGUNDO, CA 90245-3457


PIATT PLACE
301 FIFTH AVENUE SUITE 106
PITTSBURGH, PA 15222


POWERS SOLUTIONS, INC
PO BOX 5108
SPARTANBURG, SC 29304-5108


PREMIERE GLOBAL SERVICES
PO BOX 404351
ATLANTA, GA 30384-4351


PREVIEW TEXTILE GROUP
225 W 37TH ST FL 11
NEW YORK, NY 10018-5703


PSNC ENERGY
REMITTANCE PROCESSING CTR
PO BOX 100256
COLUMBIA, SC 29202-3256

```
PULCRA SRL
50045 MONTEMURLO
VIA B CELLINI  31-CP-193
ITALY


RAYBURN COOPER & DURHAM P.A.
227 W TRADE ST STE 1200
CHARLOTTE, NC 28202-1672


RDS  TAX TRUST ACCOUNT
SALES TAX DIVISION
PO BOX 830900
BIRMINGHAM, AL 35283


REPUBLIC NEWSPAPERS, INC
11863 KINGSTON PIKE
KNOXVILLE, TN 37934-3833


REPUBLIC SERVICES  #693
PO BOX 9001099
LOUISVILLE, KY 40290-1099


RUTHERFORD COUNTY TAX COLLECTO
PO BOX 143
RUTHERFORDTON, NC 28139-0001


Salem Investment Partners III, LP
1348 Westgate Center Drive, Suite 100
Winston Salem, NC 27103


SC Dept of Revenue
Withholding
Columbia, SC 29214-0004


CATHERINE SCHEPIS
405 E 54TH STREET, APT 15E
NEW YORK, NY 10022


SCOTTSBORO, AL CITY HALL
316 S BROAD ST
SCOTTSBORO, AL 35768
```

Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Rd, N.E.
Atlanta, GA 30326-1328


SELECTIVE INSURANCE COMPANY OF THE SOUTH
PO BOX 782747
PHILADELPHIA, PA 19178-2747


SERVICEMASTER UNLIMITED
582 MT LEBANON CHURCH RD
BOSTIC, NC 28018


SHARP BUSINESS SYSTEMS
146 J W PHILLIPS RD DEPT AT# 40322
ATLANTA, GA 31192


SHELTER COVE TOWNE CENTER, LLC
32 SHELTER COVE LANE SUITE 151
HILTON HEAD, SC 29928


SKYLINE TELEPHONE
PO BOX 759
WEST JEFFERSON, NC 28694-0759


SQUEEGEE PROS INC
1219 RIVER HWY
MOORESVILLE, NC 28117-9088


STAPLES CONTRACT AND COMMERCIAL INC
PO BOX 405386
ATLANTA, GA 30384-5386


STARPORT 1, LLC
601 S COLLEGE ST
CHARLOTTE, NC 28202-1829


TANNER COMPANIES ITALIA S.R.L.
BORGO ALBIZI 12 50122
FIRENZE, ITALY


Tanner Companies Italia S.r.l.
PO Box 1139
Rutherfordton, NC 28139

Tanner Designs LLC
PO Box 1139
Rutherfordton, NC 28139


Tanner Holdings, LLC
PO Box 1139
Rutherfordton, NC 28139


Tanner International, Inc.
PO Box 1139
Rutherfordton, NC 28139


S. BOBO TANNER IV
2105 HAMPTON AVE
NASHVILLE, TN 37215-1401


Tanner Retail, LLC
PO Box 1139
Rutherfordton, NC 28139


Tanner Ventures LLC
PO Box 1139
Rutherfordton, NC 28139


ALLISON PELL TANNER
PO BOX 887
RUTHERFORDTON, NC 28139


JAMES T TANNER
PO BOX 1139
RUTHERFORDTON, NC 28139-1139


MICHAEL S TANNER
PO BOX 1139
RUTHERFORDTON, NC 28139-1139


TDS TELECOM
PO BOX 94510
PALATINE, IL 60094-4510


THE CHARLOTTE OBSERVER PUBLISHING COMPAN
PO BOX 3026
LIVONIA, MI 48151-3026

THE O'KEEFE GROUP INC
PO BOX 1240
ATTLEBORO, MA 02703-0240


THIEN LA PHOTOGRAPHY
9323 AUTUMN APPLAUSE DR
CHARLOTTE, NC 28277-1695


TIFFANY & CO
PO BOX 121193   DEPT 1193
DALLAS, TX 75312-1193


TIME WARNER CABLE
PO BOX 11820
NEWARK, NJ 07101-8120


TIME WARNER CABLE
PO BOX 70872
CHARLOTTE, NC 28272-0872


TOWN OF BLACK MOUNTAIN
160 MIDLAND AVE
BLACK MOUNTAIN, NC 28711-3112


TOWN OF BLOWING ROCK
PO BOX 47
BLOWING ROCK, NC 28605-0047


TOWN OF HILTON HEAD ISLAND
ONE TOWN CENTER COURT
HILTON HEAD ISLAND, SC 29928


TRAVELERS CASUALTY AND SURETY COMPANY OF
ATTN: CONSUMER AFFAIRS
ONE TOWER SQUARE
HARTFORD, CT 06183


TRYON NEWSMEDIA, LLC
PO BOX 2080
SELMA, AL 36702-2080


TYSON FURNITURE COMPANY INC
119 BROADWAY ST.
BLACK MOUNTAIN, NC 28711

U.S. Bankruptcy Administrator
402 West Trade St.
Suite 200
Charlotte, NC 28202


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNITED PARCEL SERVICE PHILADEL
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001


UNITED PARCEL SERVICE, INC
UPS WORLD HEADQUARTERS
55 Glenlake Parkway NE
ATLANTA, GA 30328


UNIVERSITY SPORTS PUBLICATIONS CO, INC
570 ELMONT RD
ELMONT, NY 11003-3535


UPS CUSTOMHOUSE BROKERAGE
28013 NETWORK PL
CHICAGO, IL 60673-1280


UPS SUPPLY CHAIN
PO BOX 650690
DALLAS, TX 75265-0690


VINCENZO CAFIERO
CAFIERO & PARTNERS, TAX CONSULTANTS
VIA GIOSU CARDUCCI, 4 00187
ROME, ITALY


VONAGE BUSINESS
PO BOX 392479
PITTSBURGH, PA 15251-9479


WASTE AWAY DISPOSAL
PO BOX 98
CORNELIA, GA 30531-0098

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Tanner Companies, LLC** _____    Case No. _____

                                          Debtor(s)          Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Tanner Companies, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Tanner Investments, Inc.**

_____

☐ None [*Check if applicable*]

**January 27, 2017**
_____
Date

**/s/ Joseph W. Grier, III**
_____
**Joseph W. Grier, III**
Signature of Attorney or Litigant
Counsel for   **Tanner Companies, LLC**
_____
**Grier Furr & Crisp, PA**
**101 N. Tryon St., Suite 1240**
**Charlotte, NC 28246**
**704 375-3720 Fax:704 332-0215**
**jgrier@grierlaw.com**