# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: <br><br> TANNER COMPANIES, LLC, <br><br> Debtor, | Case Number: 17-40029 <br><br> Chapter 7 |

## APPLICATION FOR COMPENSATION TO GRIER WRIGHT MARTINEZ, PA AS SPECIAL COUNSEL TO THE TRUSTEE

NOW COMES Grier Wright Martinez, PA (f/k/a Grier Furr & Crisp, PA) ("Applicant"), through counsel, which hereby presents this application for compensation as special counsel to the chapter 7 trustee, A Burton Shuford, (the "Trustee") for the period May 30, 2018 through August 2, 2019.

1. By *Order Approving Application to Employ Grier Furr & Crisp, PA as Special Counsel to the Trustee*,[1] entered on July 2, 2018, this Court approved the employment of Applicant as special counsel for the Trustee, a copy of said Order is attached hereto as **Exhibit A.**

2. Applicant contends that its attorneys have performed the following services pursuant to the terms of Applicant's engagement agreement with the Trustee as approved by the Court and Applicant is informed and believes that Applicant's services rendered herein as special counsel for the Trustee are reasonably worth at least the sum set forth below, and that Applicant should be allowed and paid said sum as professional fees and expenses as a cost of administration of the bankruptcy estate:

---

[1] Grier Furr & Crisp, PA changed its name to Grier Wright Martinez, PA on May 8, 2019.

      Joseph W. Grier, III (JOE)    19.30  hrs. @ $433.16 per hr.    $8,360.00
      Michael L. Martinez (MLM)  29.80  hrs. @ $243.52 per hr.    $7,257.00

**Total Fees:**     **$15,617.00**
**Expenses:**     **$101.50**
**Total Fees & Expenses:**     **$15,718.50**

    3.    Attached hereto as **Exhibit B** is a summary of fees and expenses as set forth above. Applicant has not filed any prior fee requests in this case as special counsel to the Trustee.

    **WHEREFORE**, Applicant requests that the Court approve compensation of $15,617.00 and expenses reimbursed in the amount of $101.50 for services rendered by Applicant as special counsel to the Trustee for the period May 30, 2018 through August 2, 2019 to be paid from the estate.

    This, the 2d day of August, 2019.

                    /s/ Michael L. Martinez
                    GRIER WRIGHT MARTINEZ, PA
                    Michael L. Martinez (N.C. Bar No. 39885)
                    101 North Tryon Street, Suite 1240
                    Charlotte, NC 28246
                    Phone: 704/332.0209; Fax: 704/332.0215
                    Email: mmartinez@grierlaw.com

FILED & JUDGMENT ENTERED
Steven T. Salata

July 2 2018

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>TANNER COMPANIES, LLC,<br><br>Debtor | Case No. 17-40029-JCW<br>Chapter 7 |

ORDER APPROVING APPLICATION TO EMPLOY
GRIER FURR & CRISP, PA AS SPECIAL COUNSEL TO THE TRUSTEE

THIS CAUSE coming on to be heard before the undersigned United States Bankruptcy Judge upon the *ex-parte* Application of A. Burton Shuford, Trustee, praying for approval of his employment of Grier Furr & Crisp, PA to serve as Special Counsel to the Trustee to assist and advise the Trustee in matters pertaining to the adversary proceeding styled: *Tanner Companies, LLC and Official Committee of Unsecured Creditors v Salem Investment Partners III, Limited Partnership,* Case No. 17-03054 (the "Adversary Proceeding") up to and including the judicial settlement conference which is currently scheduled for July 26, 2018 (the "Settlement Conference"); and upon the declaration of said Joseph W. Grier, III of Grier Furr & Crisp, PA, and it appearing that Joseph W. Grier, III and the attorneys in Grier Furr & Crisp, PA that are expected to work on this matter are attorneys that are duly admitted to practice law in the State of North Carolina, and the court being satisfied that Grier Furr & Crisp, PA represents no interest adverse to the Trustee, the Debtor or the estate, in the matters upon which it is to be engaged, that its employment is necessary and would be to the best interest of the estate, it is,

ORDERED that the employment by A. Burton Shuford, Trustee, of Grier Furr & Crisp, PA as special counsel on the terms stated in the application, in the within proceeding, under Chapter 7 of the Bankruptcy Code, is approved.

This Order has been signed electronically.    United States Bankruptcy Court.
The judge's signature and Court's seal
appear at the top of the Order.

# EXHIBIT A

## *Grier Wright Martinez PA*

101 North Tryon Street
Suite 1240
Charlotte, NC 28246

(704) 375-3720

Burt Shuford                                                                              Jul 31, 2019

301 N. McDowell Street, Suite 1012
Charlotte, NC 28204

ATTN:

Matter:   Representation as Trustee for Tanner Companies, LLC

File #:   18-6982   /  14949

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| May-30-18 | [no charge] Conference B. Shuford, R. Rayburn and M. Martinez re adversary proceeding against Salem. [no charge] | 1.50 | 0.00 | JOE |
|  | [no charge]  Conference Burt Shuford, Rick Rayburn, and JOE re adversary proceeding against Salem Investment Partners III, Limited Partnership. [no charge] | 1.50 | 0.00 | MLM |
| Jun-06-18 | [no charge] Telephone call R. Rayburn re litigation with Salem. [no charge] | 0.40 | 0.00 | JOE |
| Jun-07-18 | [no charge] Conference M. Martinez re AP against Salem. [no charge] | 0.20 | 0.00 | JOE |
|  | [no charge]  Conference JOE re adversary proceeding against Salem Investment Partners III, Limited Partnership. [no charge] | 0.20 | 0.00 | MLM |
| Jun-12-18 | [no charge] Review summer clerk memo on subsequent extension of value defense. [no charge] | 1.00 | 0.00 | JOE |
| Jun-25-18 | [no charge] Telephone call R. Rayburn re settlement conference with Judge Whitley on July 26. [no charge] | 0.50 | 0.00 | JOE |
| Jun-26-18 | [no charge] Telephone call B. Shuford & M. Martinez re representation of trustee at settlement conference. [no charge] | 0.30 | 0.00 | JOE |

## **EXHIBIT B**

Invoice #: 14949     Page 2     July 31, 2019
Case 17-40029    Doc 385    Filed 08/02/19    Entered 08/02/19 15:46:27    Desc Main
Document     Page 5 of 8

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | [no charge] Telephone call with Burt Shuford and JOE re adversary proceeding against Salem Investment Partners III, Limited Partnership. [no charge] | 0.30 | 0.00 | MLM |
| Jun-28-18 | [no charge] Telephone call R. Rayburn re adversary proceeding against Salem. [no charge] | 0.20 | 0.00 | JOE |
| Jul-10-18 | Telephone call from Rick Rayburn re remaining claims against Salem Investment Partners III, Limited Partnership. Emails with Burt Shurford re the same. Draft joint statement re remaining claims. | 0.70 | 206.50 | MLM |
| Jul-11-18 | Emails with JOE re remaining claims in the adversary proceeding. Draft joint statement re the same. Telephone call from Jeff Oleynik re the same. Emails with Burt Shuford, Jeff Oleynik, and JOE re the same. | 2.00 | 590.00 | MLM |
| Jul-13-18 | Conference M. Martinez re mediation brief. | 0.30 | 165.00 | JOE |
| | Conference JOE re brief in advance of mediation. | 0.30 | 88.50 | MLM |
| Jul-16-18 | Draft mediation brief. Telephone call from Rick Rayburn re the same. Review emails in preparation for the same. Emails with Rick Rayburn and JOE re the same. | 4.30 | 1,268.50 | MLM |
| Jul-17-18 | Draft mediation brief. Review ABTV emails in connection with the same. | 4.50 | 1,327.50 | MLM |
| Jul-18-18 | Draft mediation brief. Review ABTV emails in connection with the same. Email JOE re the same. | 1.40 | 413.00 | MLM |
| Jul-19-18 | Emails with Burt Shurford and JOE re mediation brief. Emails with Rick Rayburn re the same. Edit the same. File the same. | 2.00 | 590.00 | MLM |
| Jul-23-18 | Review material to prepare for settlement conference. | 2.00 | 1,100.00 | JOE |
| Jul-24-18 | Telephone call R. Rayburn and M. Martinez re Tanner mediation. | 0.30 | 165.00 | JOE |
| | Telephone call with JOE and Rick Rayburn re settlement conference theories. Emails with Phillip Fajgenbaum, Rick Rayburn, Brian | 0.30 | 88.50 | MLM |

# EXHIBIT B

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Fork, Jeff Oleynik, Burt Shuford, Ursula Hamilton, and JOE re scheduling settlement conference. | | | |
| Jul-25-18 | Conference call with Burt Shuford, Jeff Oleynik, JCW, and JOE re scheduling settlement conference. Telephone call from Rick Rayburn re the same. Telephone call with Jeff Oleynik re the same. | 0.50 | 147.50 | MLM |
| Aug-06-18 | Review damages writeup from Pell Tanner. | 0.30 | 165.00 | JOE |
| | Draft amended consent order governing settlement conference. Emails with Burt Shuford, Rick Rayburn, Jeff Oleynik, Brian Fork, and JOE re the same. | 0.20 | 59.00 | MLM |
| Aug-23-18 | Telephone call R. Rayburn re upcoming mediation. | 0.20 | 110.00 | JOE |
| | Review brief and supporting materials for mediation. | 0.80 | 440.00 | JOE |
| Aug-24-18 | Conference call M. Martinez, R. Rayburn and B. Shuford re upcoming mediation. Conference M. Martinez re the same. | 0.60 | 330.00 | JOE |
| | Review financial models in preparation of mediation. | 1.50 | 825.00 | JOE |
| | [no charge] Conference JOE re outstanding issues for mediation. Conference call with Rick Rayburn and Burt Shuford re the same. [no charge] | 1.00 | 0.00 | MLM |
| Aug-27-18 | Telephone call R. Rayburn re methods of measuring damages. | 0.20 | 110.00 | JOE |
| | Review email from Pell Tanner re Salem impact on business. | 0.20 | 110.00 | JOE |
| | Draft supplement to settlement conference brief. | 1.00 | 295.00 | MLM |
| Aug-28-18 | Conference M. Martinez re mediation preparation. | 0.30 | 165.00 | JOE |
| | Conference M. Martinez and work on outline for mediation. | 0.80 | 440.00 | JOE |
| | [no charge] Conferences with JOE re | 1.00 | 0.00 | MLM |

# **EXHIBIT B**

| Date | Description | Hours | Amount | Lawyer |
|---|---|---|---|---|
| | settlement conference. Emails with Burt Shuford, Rick Rayburn, and JOE re the same. Compile evidentiary documentation re the same. [no charge] | | | |
| | [no charge] Conference JOE re mediation preparation. [no charge] | 0.30 | 0.00 | MLM |
| Aug-29-18 | Attend mediation and post-mediation conferences with B. Shuford, R. Rayburn and M. Martinez. | 6.00 | 3,300.00 | JOE |
| | Review and edit settlement conference opening statement. Emails with JOE re the same. Attend settlement conference. | 6.60 | 1,947.00 | MLM |
| Sep-06-18 | Conference M. Martinez re engagement with Burt Shuford, Trustee. | 0.10 | 55.00 | JOE |
| Sep-10-18 | Telephone call Pell Tanner re claim against Salem. | 0.20 | 110.00 | JOE |
| | Draft letter to Chubb re mediation follow-up. Emails with Burt Shuford and JOE re the same. | 0.40 | 118.00 | MLM |
| Sep-11-18 | Conference M. Martinez re retention by trustee to litigate Salem matter. | 0.30 | 165.00 | JOE |
| | Telephone call from Burt Shuford re adversary proceeding. Conference JOE re the same. | 0.40 | 118.00 | MLM |
| Sep-13-18 | Conference call Pell & Nancy Tanner, Rick Rayburn, M. Martinez re financing costs of Salem litigation. Conference call with R. Rayburn and M. Martinez re same. | 0.90 | 495.00 | JOE |
| | [no charge] Conference call with Nancy Tanner, Pell Tanner, Rick Rayburn, and JOE re litigation funding. Conference call with Rick Rayburn and JOE re the same. [no charge] | 0.90 | 0.00 | MLM |
| Oct-11-18 | Telephone call R. Rayburn re pending matters. | 0.20 | 110.00 | JOE |
| | Totals | 49.10 | $15,617.00 | |

**FEE SUMMARY:**

| Lawyer | Hours | Effective Rate | Amount |
|---|---|---|---|

# EXHIBIT B

| | | | |
|---|---|---|---|
| Joseph W. Grier, III | 19.30 | $433.16 | $8,360.00 |
| Michael L. Martinez | 29.80 | $243.52 | $7,257.00 |

| **DISBURSEMENTS** | | **Disbursements** | **Receipts** |
|---|---|---|---|
| Jun-29-18 | Computer Assisted Research Pacer Service | 4.00 | |
| Jun-30-18 | Computer Assisted Research WestLaw | 4.37 | |
| Aug-31-18 | Computer Assisted Research WestLaw | 93.13 | |
| | Totals | $101.50 | $0.00 |

| | |
|---|---|
| **Total Fees & Disbursements** | **$15,718.50** |
| Previous Balance | $0.00 |
| Previous Payments | $0.00 |
| **Balance Due** | **$15,718.50** |

**Please make check payable to Grier Wright Martinez PA**

# EXHIBIT B