

FILED & JUDGMENT ENTERED
Steven T. Salata

November 5 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



J. Craig Whitley
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division

In re:

**Tanner Companies, LLC**,

Debtor.

Case Number: 17-40029

Chapter 7

### ORDER AUTHORIZING COMPENSATION TO GRIER WRIGHT MARTINEZ, PA

THIS MATTER came before the Court upon the *Application for Compensation to Grier Wright Martinez, PA, as Special Counsel to the Trustee* (D.E. 385) filed in this case on August 2, 2019 (the "Application"). Through the Application, Grier Wright Martinez, PA, f/k/a Grier Furr & Crisp, PA and Grier & Crisp, PA ("Applicant"), seeks compensation of $15,617.00 and reimbursement of expenses of $101.50, for services rendered to the Trustee herein from the period beginning May 30, 2018 and ending August 2, 2019. The Court—having reviewed the record in this case and the contents of the Application—finds and concludes as follows:

1. A *Notice of Opportunity for Hearing* for the Application was served upon parties in interest as required by law. No party in interest has objected to, or requested a hearing on, the Application.

2. Applicant has rendered valuable services to the Trustee during this chapter 7 proceeding for the period beginning May 30, 2018 and ending August 2, 2019 for which Applicant has received no compensation and the reasonable value of services as yet uncompensated is at least $15,617.00. In addition, Applicant is entitled to reimbursement for expenses in the amount of $101.50.

2

**IT IS, THEREFORE, ORDERED** that Grier Wright Martinez, PA, as special counsel to the Trustee, is hereby awarded the sum of **$15,617.00** in professional fees and **$101.50** in expenses for the period beginning May 30, 2018 and ending August 2, 2019 to be paid as costs of administering the bankruptcy estate in this case.

| | |
|---|---|
| **This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order.** | **United States Bankruptcy Court** |

2